UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.

| | |
|---|---|
| **Plaintiff(s):** PHOENIX NAP, LLC | **Defendant(s):** Poofless, LLC, an Arizona Limited Liability Company ; Poofless1, LLC, a Partnership ; Cosmic Games, ULC, a Canadian Unlimited Liability Company ; Preston Arsement ; Jane Doe Arsement ; Joe Melsha ; Jane Doe Melsha ; Anthony Uckon ; Jane Doe Uckon ; Partners ABC |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

Kevin R. Heaphy
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
602-440-4800

Jason L. Cassidy
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
602-440-4800

Defendant's Atty(s):

Jeremy R. Alberts
Weinberg Wheeler Hudgins Gunn & Dial
6835 South Rainbow Boulevard
Suite 400
Las Vegas, Nevada 89118
702-938-3814

Claudine Jackson (pro hac vice application forthcoming)
Phelps Dunbar LLP
115 Grand Avenue, Suite 222
Southlake, Texas 76092
817-488-3134

II. Basis of Jurisdiction:    4. Diversity (complete item III)

III. Citizenship of Principal Parties
(Diversity Cases Only)
    Plaintiff:- 1 Citizen of This State
    Defendant:- 5 Non AZ corp and Principal place of Business outside AZ

IV. Origin :    2. Removed From State Court

V. Nature of Suit:    190 Other Contract

<u>VI.Cause of Action:</u>     **Breach of Contract**

<u>VII. Requested in Complaint</u>
    Class Action: **No**
    Dollar Demand: **over $75,000**
    Jury Demand: **No**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:**     /s/ Jeremy R. Alberts

**Date:**     8/21/2019

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014