# EXHIBIT A

## Index of Documents Attached to Notice of Removal

# EXHIBIT A

Jeremy R. Alberts, Esq.
Arizona Bar No. 029983
jalberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

Claudine G. Jackson, Esq.
Texas Bar No. 00793800
(Pro Hac Vice Admission Forthcoming)
claudine.jackson@phelps.com
PHELPS DUNBAR LLP
115 Grand Avenue, Suite 222
Southlake, Texas 76092
Telephone: (817) 488-3134
Facsimile: (817) 488-3214

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PHOENIX NAP, LLC an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>POOFLESS, LLC, a Texas limited liability company; POOFLESS1, LLC, a partnership; COSMIC GAMES, ULC, a Canadian unlimited liability company; PRESTON ARSEMENT and JANE DOE ARSEMENT, husband and wife; JOE MELSHA and JANE DOE MELSHA, husband and wife; ANTHONY UCKON and JANE DOE UCKON, husband and wife; and PARTNERS ABC,<br><br>Defendants. | Case No.:<br><br>**INDEX OF DOCUMENTS ATTACHED TO NOTICE OF REMOVAL** |

Defendants, Poofless, LP (incorrectly named Poofless, LLC), Poofless Gaming, LP (incorrectly named Poofless1, LLC), Cosmic Games, ULC, Preston Arsement, Brianna Arsement

Page 1 of 2

EXHIBIT A

PD.26805887.1

(incorrectly named Jane Doe Arsement), Joe Melsha, and Anthony Uckun (incorrectly named as Uckon), submit this index of attached documents in support of their Notice of Removal:

| Exhibit | Document/Event |
|---|---|
| A | Index of Documents Attached to Notice of Removal |
| B | Copy of State Court Docket Sheet |
| C | Plaintiff's Complaint |
| D | Coversheet |
| E | Affidavits of Service |
| F | Poofless, LP Certificate of Formation |
| G | Poofless Gaming, LP Certificate of Formation |
| H | Poofless GP, LLC Certificate of Formation |
| I | Cosmic Games, ULC Company Notice of Change of Directors |

DATED this 21st day of August, 2019.

/s/ *Jeremy R. Alberts*
Jeremy R. Alberts, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118

Claudine G. Jackson, Esq.
(Pro Hac Vice Admission Forthcoming)
PHELPS DUNBAR LLP
115 Grand Avenue, Suite 222
Southlake, Texas  76092

*Attorney for Defendants*