# EXHIBIT C

## Plaintiff's Complaint

## EXHIBIT C

1  | **RYLEY CARLOCK & APPLEWHITE**
2  | One North Central Avenue, Suite 1200
   | Phoenix, Arizona 85004-4417
3  | Telephone 602.440.4800
   | Fax 602.257.9582
4  |
5  | Kevin R. Heaphy (Bar No. 26266)
   | kheaphy@rcalaw.com
6  | Jason L. Cassidy (Bar No. 30510)
   | jcassidy@rcalaw.com
7  |
   | Attorneys for Plaintiff Phoenix NAP, LLC
8  |

ORIGINAL

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| PHOENIX NAP, LLC, an Arizona limited liability company, | Case No. CV 2019-010908 |
| Plaintiff, | **SUMMONS** |
| v. | |
| POOFLESS, LLC, a Texas limited liability company; POOFLESS1, LLC, a partnership; COSMIC GAMES, ULC, a Canadian unlimited liability company; PRESTON ARSEMENT and JANE DOE ARSEMENT, husband and wife; JOE MELSHA and JANE DOE MELSHA, husband and wife; ANTHONY UCKON and JANE DOE UCKON, husband and wife; and PARTNERS ABC, | |
| Defendants. | |

IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION.

**THE STATE OF ARIZONA TO DEFENDANT:**

**POOFLESS, LLC**
**a Texas limited liability company**

(1)   A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this "Summons."

(2)   If you do not want a judgment or order entered against you without your input, you must file a written "Answer" or a "Response" with the Court, and pay a filing fee. Also, the other party may be granted their request by the Court if you do not file an "Answer" or

4622771.1

**EXHIBIT C**

"Response", or show up in Court.  To file your "Answer" or "Response" take, or send, it to the following:

- Clerk of Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205; **or**
- Clerk of Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032; **or**
- Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201; **or**
- Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

After filing, mail a copy of your "Response" or "Answer" to the other party at their current address.  The name and address of Plaintiff's attorney is:

<div align="center">

Kevin R. Heaphy
Jason L. Cassidy
**Ryley Carlock & Applewhite**
One North Central, Suite 1200
Phoenix, Arizona 85004
kheaphy@rcalaw.com
jcassidy@rcalaw.com

</div>

(3)   If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff within the State of Arizona, your "Response" or "Answer" must be filed within **TWENTY (20) CALENDAR DAYS** from the date you were served, not counting the day you were served.  If you were served by "Acceptance of Service" within the State of Arizona, your "Response" or "Answer" must be filed within **TWENTY (20) CALENDAR DAYS** from the date that the "Acceptance of Service was filed with the Clerk of Superior Court.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff <u>outside</u> the State of Arizona, your Response must be filed within **THIRTY (30) CALENDAR DAYS** from the date you were served, not counting the day you were served.  If you were served by "Acceptance of Service" <u>outside</u> the State of Arizona, your "Response" or "Answer" must be filed within **THIRTY (30) CALENDAR DAYS** from the date that the "Acceptance of Service was filed with the Clerk of Superior Court.  Service by a registered process server or the Sheriff is complete when made.  Service by Publication is complete thirty (30) days after the date of the first publication.

(4)   You can obtain a copy of the court papers filed in this case from Plaintiff's counsel at the address listed above, or from the Clerk of Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003; **or**
- 18380 North 40th Street, Phoenix, Arizona 85032; **or**
- 222 East Javelina Avenue, Mesa, Arizona 85210; **or**
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

(5)   Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

<div align="center">- 2 -</div>

1   (6)   Requests for an interpreter for persons with limited English proficiency must be made to
2       the division assigned to the case by the party needing the interpreter and/or translator or
3       his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

JUL 18 2019

**SIGNED AND SEALED** this date: _____

JEFF FINE, CLERK

**CLERK**

By _____
Deputy Clerk

S. Tavares
Deputy Clerk

- 3 -

**COPY**

JUL 1 8 2019



CLERK OF THE SUPERIOR COURT
S. TAVARES
DEPUTY CLERK

1  **RYLEY CARLOCK & APPLEWHITE**
   One North Central Avenue, Suite 1200
2  Phoenix, Arizona 85004-4417
   Telephone 602.440.4800
3  Fax 602.257.9582

4
   Kevin R. Heaphy (Bar No. 26266)
5  kheaphy@rcalaw.com
   Jason L. Cassidy (Bar No. 30510)
6  jcassidy@rcalaw.com

7  Attorneys for Plaintiff Phoenix NAP, LLC

8        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
9           IN AND FOR THE COUNTY OF MARICOPA

10 PHOENIX NAP, LLC, an Arizona limited          Case No.
   liability company,                                        CV 20 9 - . : : : : :
11
12           Plaintiff,                            **CERTIFICATE OF COMPULSORY
                                                   ARBITRATION**
13 v.
                                                   **(Breach of Contract)**
14 POOFLESS, LLC, a Texas limited liability
   company; POOFLESS1, LLC, a partnership;
15 COSMIC GAMES, ULC, a Canadian
   unlimited liability company; PRESTON
16 ARSEMENT and JANE DOE ARSEMENT,
   husband and wife; JOE MELSHA and JANE
17 DOE MELSHA, husband and wife;
   ANTHONY UCKON and JANE DOE                     CV 20 9 - 010908
18 UCKON, husband and wife; and PARTNERS
   ABC,
19
20           Defendants.
21
22        The largest award sought by Plaintiff, including punitive damages, but excluding interest,
23 attorneys' fees, and costs **does** exceed the limits set by the Local Rule 3.10 for compulsory
24 arbitration. This case **is not** subject to the Uniform Rules of Procedure for Arbitration
       **DATED** this 18th day of July, 2019.
25
26                                                **RYLEY CARLOCK & APPLEWHITE**
27
                                                  Kevin R. Heaphy
28                                                Jason L. Cassidy
                                                  Attorneys for Phoenix NAP, LLC

4622768.1

In the Superior Court of the State of Arizona

In and For the County of Maricopa

Case Number CV 20 9-010908

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney Kevin R. Heaphy/Jason L. Cassidy

Attorney Bar Number # 026266 / # 30510

Is Interpreter Needed?  ☐ Yes  ☒ No

If yes, what language(s):

_____

**COPY**

JUL 1 8 2019

CLERK OF THE SUPERIOR COURT
S. TAVARES
DEPUTY CLERK

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|

Phoenix NAP, LLC, an Arizona limited liability company

c/o Ryley Carlock & Applewhite, 1 N Central #1200, Phoenix AZ 85004/602.440.4800/kheaphy@rcalaw.com/jcassidy@rcalaw.com

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Poofless, LLC; Poofless1, LLC; Cosmic Games, ULC; Preston Arsement & Jane Doe Arsement; Joe Melsha & Jane Doe Melsha;

Anthony Uckon and Jane Doe Uckon

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____.     ☐ Tier 1     ☒ Tier 2     ☐ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*      ☐ 123 Hospital*
- ☐ 122 Physician D.O*       ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☒ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*          ☐ 163 Other*
☐ 196 Verified Rule 45.2 Petition                    _____
☐ 195(a) Amendment of Marriage License                (Specify)
☐ 195(b) Amendment of Birth Certificate

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐ Election Challenge

☐ Employer Sanction     ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

**COPY**



JUL 1 8 2019

CLERK OF THE SUPERIOR COURT
S. TAVARES
DEPUTY CLERK

1  **RYLEY CARLOCK & APPLEWHITE**
   One North Central Avenue, Suite 1200
2  Phoenix, Arizona 85004-4417
   Telephone 602.440.4800
3  Fax 602.257.9582

4
   Kevin R. Heaphy (Bar No. 26266)
5  kheaphy@rcalaw.com
   Jason L. Cassidy (Bar No. 30510)
6  jcassidy@rcalaw.com

7  Attorneys for Plaintiff Phoenix NAP, LLC

8          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9            **IN AND FOR THE COUNTY OF MARICOPA**

10 | PHOENIX NAP, LLC, an Arizona limited | Case No.
11 | liability company, |
   | | CV 2019-010908
12 |          Plaintiff, | **COMPLAINT**
13 | v. | **(Breach of Contract)**
14 | |
15 | POOFLESS, LLC, a Texas limited liability |
   | company; POOFLESS1, LLC, a partnership; |
16 | COSMIC GAMES, ULC, a Canadian |
   | unlimited liability company; PRESTON |
17 | ARSEMENT and JANE DOE ARSEMENT, |
   | husband and wife; JOE MELSHA and JANE |
18 | DOE MELSHA, husband and wife; |
   | ANTHONY UCKON and JANE DOE |
19 | UCKON, husband and wife; and PARTNERS |
   | ABC, |
20 | |
21 |          Defendants. |

22     Phoenix NAP, LLC ("PNAP"), hereby alleges as follows:

23          **PARTIES, JURISDICTION AND VENUE**

24     1.     PNAP is an Arizona limited liability company, authorized to do business in

25 Arizona and is currently doing business in Maricopa County, Arizona.

26     2.     Upon information and belief, Poofless, LLC ("Poofless") is a Texas limited

27 liability company doing business in Maricopa County, Arizona.

28     3.     Upon information and belief, Poofless1, LLC ("Poofless1") is an unregistered

4615316.1
07/17/19

business entity formed by more than one person, and therefore a partnership under Arizona law, doing business in Maricopa County, Arizona.

4. Preston Arsement ("Arsement"), is an individual residing in Texas. Upon information and belief, Arsement is a partner, member and/or manager of Poofless1.

5. Upon information and belief, Arsement is married. Jane Doe Arsement is a fictitious reference to Preston Arsement's spouse and all actions or omissions of Preston Arsement detailed herein were committed on behalf of Preston Arsement's marital community.

6. Joe Melsha ("Melsha") is an individual residing in Texas. Upon information and belief, Melsha is a partner, member and/or manager of Poofless1.

7. Upon information and belief, Joe Melsha is married. Jane Doe Melsha is a fictitious reference to Joe Melsha's spouse and all actions or omissions of Joe Melsha detailed herein were committed on behalf of Joe Melsha's marital community.

8. Anthony Uckon ("Uckon") is an individual residing in Texas. Upon information and belief, Uckon is a partner, member and/or manager of Poofless1.

9. Upon information and belief, Anthony Uckon is married. Jane Doe Uckon is a fictitious reference to Anthony Uckon's spouse and all actions or omissions of Anthony Uckon detailed herein were committed on behalf of Anthony Uckon's marital community.

10. Partners ABC are fictitious names of additional partners in Poofless1, LLC. PNAP will amend this Complaint to add the actual names of additional partners, if any, when they become known.

11. Collectively, Poofless1, Arsement, Melsha, Uckon, and any additional partners of Poofless1 are referred to herein as "Poofless1."

12. Upon information and belief, Cosmic Games, ULC ("Cosmic") is a Canadian unlimited liability company doing business in Maricopa County, Arizona.

13. The acts forming the basis of the claims alleged herein occurred in Maricopa County, Arizona.

14.    Pursuant to A.R.S. § 12-123 and the Agreements (defined below), jurisdiction is proper in this Court.

15.    Pursuant to A.R.S. § 12-401 and the Agreements (defined below), venue is proper in this Court.

## GENERAL ALLEGATIONS

16.    PNAP is a global provider of IT services, including cloud services, data centers, colocation, security, backup, and networking.

17.    PNAP's customers enter into agreements for IT services by completing Service Order Forms (a "SOF") with PNAP specifying the service requested and any unique terms.

18.    Each SOF completed by a customer expressly incorporates PNAP's Terms, Conditions, Warranty Disclaimers, and Liability Limitation (the "Terms of Service") and provides a URL where the Terms of Service can be accessed and reviewed.

19.    Each SOF completed by a customer explicitly incorporates one or more form agreements with additional terms applicable to the services requested by the Customer, including a Master Services Agreement (the "MSA"), a Colo Services Agreement (the "Colo Agreement"), a Bare Metal Addendum (the "Bare Metal Agreement"), and a Service Level Agreements (the "SLAs"), and provides a URL where the various agreements can be accessed and reviewed.

## Poofless SOF

20.    On or about November 2, 2018, Poofless completed a SOF for certain services with PNAP for a fourteen (14) month term, designated as account no. 18880 (the "Poofless SOF"). (*See* Poofless SOF, attached hereto as **Exhibit "A".**)

21.    Pursuant to the Poofless SOF, Poofless requested to lease, and PNAP agreed to provide, forty-seven (47) servers in PNAP's data centers for Poofless' online services.

22.    Pursuant to the Poofless SOF, Poofless agreed to pay PNAP a monthly fee of $3,687.00, in exchange for PNAP agreeing to lease forty-seven (47) servers in PNAP's data centers for Poofless' online services.

23.    PNAP significantly discounted its monthly fee under the Poofless SOF in exchange for Poofless entering into a fourteen (14) month commitment in the Poofless SOF.

24.    The Poofless SOF expressly incorporated the Terms of Service, the MSA, the Bare Metal Agreement, and the SLAs.

### Poofless1 SOFs

25.    On or about February 20, 2018, Poofless1 completed a SOF for certain services with PNAP for a twenty-four (24) month term, designated as account no. 20313. On or about June 3, 2018, Poofless1 completed an SOF amending the SOF dated February 20, 2018 (collectively, the "Poofless1 First SOFs").  (*See* Poofless1 First SOFs, attached hereto as **Exhibit "B"**.)

26.    Pursuant to the Poofless1 First SOFs, Poofless1 requested, and PNAP agreed, to extend an existing agreement for services and lease of equipment for twenty-four (24) months at a discounted rate.

27.    Pursuant to the Poofless1 First SOFs, Poofless1 agreed to pay PNAP a monthly fee of $440.72, in exchange for PNAP agreeing to lease one Skylake server in PNAP's data centers for Poofless1's online services

28.    PNAP significantly discounted its monthly fee under the Poofless1 First SOFs in exchange for Poofless1 entering into a twenty-four (24) month commitment in the Poofless1 First SOFs.

29.    The Poofless1 First SOFs expressly incorporated the Terms of Service, the MSA, the Bare Metal Agreement, and the SLAs.

30.    On or about June 3, 2018, Poofless1 completed two (2) SOFs for certain services and equipment with PNAP for a thirty-eight (38) month term, designated as account no. 20313 (the "Poofless1 Second SOFs").  (*See* Poofless1 Second SOFs, attached hereto as **Exhibit "C"**.)

31.    Pursuant to the Poofless1 Second SOFs, Poofless1 requested, and PNAP agreed, to provide, Colocation services for thirty-eight (38) months at a discounted rate.

- 4 -

32.     Pursuant to the Poofless1 Second SOFs, Poofless1 requested, and PNAP agreed, to purchase specific hardware, including servers for the provision of services to Poofless1. Poofless1 specified the exact equipment it wanted PNAP to purchase and install.

33.     Pursuant to the Poofless1 Second SOFs, Poofless1 agreed to pay PNAP a monthly fee of $13,082.92, in exchange for PNAP agreeing to provide colocation services and maintain equipment for Poofless1's online services.

34.     PNAP significantly discounted its monthly fee under the Poofless1 Second SOFs in exchange for Poofless1 entering into a thirty-eight (38) month commitment in the Poofless1 Second SOFs.

35.     PNAP incurred the total cost of $206,680.42, purchasing the equipment specified by Poofless1 in anticipation of Poofless1 performing under the Poofless1 Second SOFs.

36.     The equipment purchased by PNAP and specified by Poofless1 in anticipation of Poofless1 performing under the Poofless1 Second SOFs is not the same type of equipment PNAP uses with other customers or services.

37.     The Poofless1 Second SOFs expressly incorporated the Terms of Service, the MSA, the Bare Metal Agreement, and the SLAs.

**The Cosmic SOFs**

38.     On or about December 28, 2018, Cosmic completed an SOF for certain services with PNAP for a twelve (12) month term, designated as account no. 24529. On or about February 20, 2019, Cosmic completed several SOFs amending the SOF dated December 28, 2018, and extending the date for termination of services until twelve (12) months thereafter (collectively, the "Cosmic SOFs").  (*See* Cosmic SOFs, attached hereto as **Exhibit "D"**.)

39.     Pursuant to the Cosmic SOFs, Cosmic requested to lease, and PNAP agreed to provide, forty-seven (47) servers in PNAP's data centers for Cosmic's online services.

40.     Pursuant to the Cosmic SOFs, Cosmic agreed to pay PNAP a monthly fee of $3,687.00, in exchange for PNAP agreeing to lease forty-seven (47) servers in PNAP's data

1    centers for Cosmic's online services.

2        41.    PNAP significantly discounted its monthly fee under the Cosmic SOFs in

3    exchange for Cosmic entering into a twelve (12) month commitment in the Cosmic SOFs.

4        42.    The Cosmic SOFs expressly incorporated the Terms of Service, the MSA, the

5    Bare Metal Agreement, and the SLAs.

6        43.    Collectively, the Poofless SOF, the Poofless1 First SOFs, the Poofless1 Second

7    SOFs, the Cosmic SOFs, the MSA, the Terms of Service, the Bare Metal Agreement, and the

8    SLAs are referred to herein as the "Agreements."

9                    **Poofless, Poofless1, and Cosmic Default**

10       44.    On June 14, 2019, Poofless, Poofless1, and Cosmic (collectively, "Defendants")

11   sent PNAP a letter purporting to terminate the Agreements, effective immediately, due to

12   alleged issues related to packet loss, hardware configuration, outages, and quality of service.

13       45.    The Agreements do not permit Defendants to terminate the Agreements before the

14   expiration of their respective terms.

15       46.    Pursuant to the Agreements, if Defendants encounter packet loss or unscheduled

16   downtimes with the services provided by PNAP, PNAP is obligated to provide Defendants with

17   Service Level Credits applied to future invoices, but Defendants are not permitted to terminate

18   the Agreements.

19       47.    PNAP provided Defendants with all Service Level Credits owed to Defendants

20   under the Agreements and otherwise fully performed the Agreements to date.

21       48.    Defendants failed to make any payments due under the Agreements for July 2019.

22       49.    Pursuant to the Agreements, if Defendants wrongfully terminate the Agreements

23   before expiration of their full term, Defendants must pay PNAP seventy-five percent (75%) of

24   the remaining amounts owed under the Agreements.

25       50.    As of the date of this complaint, Defendants owe PNAP the following amounts

26   pursuant to the Agreement:

                                    - 6 -

| SOF | Entity | ETF |
|---|---|---|
| Poofless SOF | Poofless | $30,855.44 |
| Poofless1 First SOFs | Poofless1 | $2,742.08 |
| Poofless1 Second SOFs | Poofless1 | $258,612.38 |
| Cosmic SOF | Cosmic | $9,086.14 |

51.     Pursuant to the Agreement, PNAP is entitled to recover interest for all unpaid amounts at a rate of eighteen percent (18%) per annum.

52.     PNAP is entitled to recover its attorneys' fees, costs, and expenses pursuant to the Agreements.

<div align="center">

**COUNT I**
**(Breach of Contract)**

</div>

53.     PNAP incorporates each of the foregoing paragraphs as if fully restated herein.

54.     The Agreements are enforceable contracts between PNAP and Defendants.

55.     Defendants are in default under the Agreements because they have not paid the amounts due and owing under the Agreements.

56.     As a result of Defendants' breach of the Agreements, PNAP has been damaged.

57.     Pursuant to the Agreements, and A.R.S. §§ 12-341 and 12-341.01, PNAP is entitled to recover its attorneys' fees, costs, and expenses incurred in bringing this action.

**WHEREFORE,** PNAP prays for judgment in its favor and against Defendants, jointly and severally, as follows:

A.     For amounts owing to PNAP under the Agreements to be proven at trial;

B.     For post-judgment interest on all amounts awarded herein at the maximum rate permitted by law;

C.     For its reasonable attorneys' fees, costs, and expenses; and

D.     For such other and further relief that this Court deems just and proper.

1     **DATED** this 18th day of July, 2019.

2                             RYLEY CARLOCK & APPLEWHITE

3

4

5                             Kevin R. Heaphy
                              Jason L. Cassidy

6                             Attorneys for Phoenix NAP, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

DocuSign Envelope ID: 6765C250-DBB5-4DAA-BEF0-361345F0E4AF

## Phoenix NAP Order Form



| Phoenix NAP, LLC<br><br>3402 E UNIVERSITY DR.<br>PHOENIX, AZ 85034<br><br>Phone:   1.877.749.2656<br>Fax:      1.480.449.8801<br><br>**Phoenix NAP Representative:**<br>Shane Eaglin<br><br>Email:  shanee@phoenixnap.com<br><br>Phone: | **Company Name:** Poofless, LLC<br><br>**Client Billing Information:**<br><br>**Address:** 1143 s main st<br><br>**City, State, ZIP:** Grapevine tx 76051<br><br>**Country:** United States<br><br>**Contact:** Preston Arsement<br><br>**Email:** tbnrfrags@gmail.com<br><br>**Phone:**<br><br>**Other:** | **Technical Contact 1 Information:**<br><br>**Name:**<br><br>**Email:**<br><br>**Phone:**<br><br>**Technical Contact 2 Information:**<br><br>**Name:**<br><br>**Email:**<br><br>**Phone:** |
|---|---|---|

| Agreement Type: | MSA and Bare Metal Addendum | SLA Type: | |
|---|---|---|---|
| Version Referenced: | v.3; 04122016 | Account Number: | 18880 |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

The services ordered are provided pursuant to the Master Service Agreement (MSA) and Bare Metal Addendum (BMA) between Phoenix NAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/, including the MSA, Bare Metal Addendum, CSA, Privacy Policy, and Service Level Agreements.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by Phoenix NAP, LLC is subject to payment in full to Phoenix NAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

Your signature and initials on Page 2 indicate that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

**PhoenixNAP /Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

CONFIDENTIAL

DocuSign Envelope ID: 6755C250-DBB5-4DAA-BEF0-361345F0E4AF  Phoenix NAP Order Form                                    

| | | | |
|---|---|---|---|
| *Clifton Martin* | Clifton Martin | Director of Sales Operations | 11/2/2018 |
| PNAP Authorized Signature | Printed | Title | Date |
| *Preston Arsement* | Preston Arsement | Manager | 11/2/2018 |
| Client Authorized Signature | Printed | Title | Date |
| 1143 s main | Grapevine | Tx | 76051 |
| Client Physical Address | City | State | ZIP |

PhoenixNAP Internal Use – SE/QC:  SDE                    Client Authorized Signer Initial Here:  PA

DocuSign Envelope ID  6755C250-DBB5-4DAA-BEF0-361345FCE4AF

**Phoenix NAP Order Form**



| Company Name: | Poofless, LLC | | Order Tracking No. | ORD-02014-X0R8V8 |
|---|---|---|---|---|
| Bandwidth Overage (if applicable): | 0.10 | | Power Configuration (if applicable): | |
| Datacenter Location: | Ashburn 21635 Red Rum Dr, Suite 100, Ashburn, VA 20147 | | | |

| Contract Issue Date: | 10/31/2018 | Contract From Expires If Not Signed By: | 11/2/2018 |
|---|---|---|---|
| Contract Type: | Renew | (Client Requested) Service Ready Date: | 10/31/2018 |
| Contract Term (Months): | 14 | Contract Co-termination Date: | |

Pre-Payment Amount Due Prior to Release of Services: _____

---

**CONTRACT NOTES**

Phoenix NAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. Phoenix NAP expressly denies any liability for errors or omissions that may occur.

This contract is a (14) month contract.  There will be (13) billable months.  The clients contract is usually a (12) month contract.  It is being renewed (1) month early.  Also, their next bill that will generate on (10/27/18) will be credited in full per this renewal agreement.

Service ID:76403, 76406, 76407, 76408, 76409, 76410, 76413, 76414, 76415, 76416, 76417,76420, 76423, 76424, 77403, 77404, 77405, 77406, 77407, 77527, 77528, 77529, 77530, 77905, 77907, 77908, 77909, 85214, 85215, 86563, 86564, 86565, 86566, 86567, 86568, 89009, 90250, 90252
Intel Xeon E3-1240v3 (4x 3.4GHz) 2-Bay Chassis,
32 GB ECC DDR3,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$138.55/ Each
14 Month Contract | Monthly Recurring Price- $55.00/ Each

Contract Start Date: 01 /November/2018
Contract End Date: 01 /January/2020

Service ID: 76425

© 2018, All Rights Reserved. PhoenixNAP            CONFIDENTIAL

DocuSign Envelope ID: 6755C250-DBB5-4DAA-BEF0-361345F0E4AF

**Phoenix NAP Order Form**



Intel Xeon E3-1270v3 (4x 3.5GHz) 2-Bay Chassis,
32 GB ECC DDR3,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$138.55
14 Month Contract | Monthly Recurring Price- $55.00

Contract Start Date: 01 /November/2018
Contract End Date: 01 /January/2020

SID. 85823, 85824, 85825
Intel Hex Core Xeon E5-1650 v3 (6×3.5GHz) 4-Bay Chassis,
64 GB ECC DDR4,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
15 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$266.05/ Each
14 Month Contract | Monthly Recurring Price- $130.00/ Each

Contract Start Date: 01 /November/2018
Contract End Date: 01/January/2020

Service ID: 126309
Intel Quad Core Xeon E3-1275 v5 (4×3.6GHz) 2-Bay Chassis,
(Built as V6's as the V6 service plan was available at the time)
64 GB ECC DDR4,
No RAID,

©2018, All Rights Reserved. PhoenixNAP

DocuSign Envelope ID: 6755C250-DBB5-4DAA-BEF0-361345F0E4AF **Phoenix NAP Order Form**   

120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$206.55
14 Month Contract | Monthly Recurring Price- $170.00

Contract Start Date: 01 /November/2018
Contract End Date: 01 /January/2020

Service ID: 162453
Intel Quad Core Xeon E3-1275 v6 (4×3.6GHz) 2-Bay Chassis,
64 GB ECC DDR4,
No RAID,
240 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$206.55
14 Month Contract | Monthly Recurring Price- $170.00

Contract Start Date: 01 /November/2018
Contract End Date: 01/January/2020

SID: 139594, 139595, 139803, 139804, 141431, 141541,141934,143137,
Intel Quad Core Xeon E3-1275 v5 (4×3.8GHz) 2-Bay Chassis,
(Built as V6's as the V6 service plan was available at the time)
48 GB ECC DDR4,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,

DocuSign Envelope ID: 6755C250-DBB5-4DAA-BEF0-381345F0E4AF

**Phoenix NAP Order Form**



30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$189.55/ Each
14 Month Contract | Monthly Recurring Price- $115.00/ Each

Contract Start Date: 01 /November/2018
Contract End Date: 01/January/2020

Service ID: 143706,
Intel Quad Core Xeon E3-1275 v5 (4×3.8GHz) 2-Bay Chassis,
(Built as V6's as the V6 service plan was available at the time)
48 GB ECC DDR4,
No RAID,
480 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$200.55
14 Month Contract | Monthly Recurring Price- $115.00

Contract Start Date: 01 /November/2018
Contract End Date: 01/January/2020

154038
Intel Quad Core Xeon E3-1275 v5 (4×3.6GHz) 2-Bay Chassis,
64 GB ECC DDR4,
No RAID,
240 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,

DocuSign Envelope ID: 6755C250-DBB5-4DAA-BEF0-361345F0E4AF

**Phoenix NAP Order Form**



Location: Ashburn,

Standard Monthly Price-$206.55
14 Month Contract | Monthly Recurring Price- $170.00

Contract Start Date: 01 /November/2018
Contract End Date: 01/January/2020

Service ID: 163890,163891,163892
Intel Quad Core Xeon E3-1285 v6 (4×4.1GHz) 2-Bay Chassis,
64 GB ECC DDR4,
No RAID,
240 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$267.26/ Each
14 Month Contract | Monthly Recurring Price- $189.00/ Each

Contract Start Date: 01 /November/2018
Contract End Date: 01/January/2020

This contract is for existing services currently being provided through PhoenixNap, with the purpose of this new contract to lock in pricing at a discounted rate for the next 14 months.

Client ID: 18880

Important Notes:
-Client will not have physical access to devices as part of this new contract
-At the end of the 14 months, client will revert back to current standard pricing for the devices specified in this order.
-This contract is a LEASE ONLY contract for 14 month duration.

The Term of this Lease Agreement, shall commence on the Installation Date specified on the SOF ("Commencement date"), and shall continue through the specified number of months (the "Initial Period") provided. A notice of termination shall be effective only on the last day of the Initial Period. A notice of t

| | |
|---|---|
| Total Monthly Lease Price: | $4,647.00 |

DocuSign Envelope ID: 6755C250-DBB5-4DAA-BEF0-361345F0E4AF

**Phoenix NAP Order Form**



DocuSign
■ SECURED

## Certificate Of Completion

Envelope Id: 6755C250DBB54DAABEF0361345F0E4AF
Subject: Poolless, LLC: PhoenixNAP Service Order Form
Source Envelope:
Document Pages: 8                    Signatures: 2
Certificate Pages: 5                 Initials: 2
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Shane Eaglin
2353 E. University Dr.
Tempe, AZ  85281
shanee@phoenixnap.com
IP Address: 162.248.186.11

## Record Tracking

Status: Original
          10/31/2018 2:44:45 PM

Holder: Shane Eaglin
          shanee@phoenixnap.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Shane Eaglin<br>shanee@phoenixnap.com<br>Bare Metal Sales Executive<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication<br>(None) | **Completed**<br><br>Using IP Address: 64.38.194.30 | Sent: 10/31/2018 2:45:34 PM<br>Viewed: 10/31/2018 2:46:24 PM<br>Signed: 10/31/2018 2:46:26 PM |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |
| Shane Eaglin<br>onlinesalescontractreview@phoenixnap.com<br>Security Level: Email, Account Authentication<br>(None) | *SDe*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.30 | Sent: 10/31/2018 2:46:27 PM<br>Viewed: 10/31/2018 2:47:06 PM<br>Signed: 10/31/2018 2:47:18 PM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 10/31/2018 2:47:06 PM<br>  ID: 96f88b1b-a64e-429b-a876-96c56954b473 | | |
| Preston Arsement<br>tbnrfrags@gmail.com<br>Manager<br>Security Level: Email, Account Authentication<br>(None) | *Preston Arsement*<br>—DC306956183A498<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 47.185.17.208<br>Signed using mobile | Sent: 10/31/2018 2:47:20 PM<br>Resent: 11/1/2018 7:53:07 AM<br>Resent: 11/1/2018 11:27:13 AM<br>Viewed: 11/2/2018 7:32:42 AM<br>Signed: 11/2/2018 7:34:44 AM |
| **Electronic Record and Signature Disclosure:**<br>  Accepted: 11/2/2018 7:32:42 AM<br>  ID: c9cb8fc3-dae0-432d-8c1f-34e7291c85fb | | |
| Clifton Martin<br>cmartin@phoenixnap.com<br>Director of Sales Operations<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication<br>(None) | *Clifton Martin*<br>—C0034C871955ACE<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 184.176.131.72<br>Signed using mobile | Sent: 11/2/2018 7:34:46 AM<br>Viewed: 11/2/2018 7:58:04 AM<br>Signed: 11/2/2018 7:58:09 AM |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Michelle Ramey<br>micheller@phoenixnap.com<br>Sales Coordinator<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 11/2/2018 7:58:11 AM |
| Accounting<br>accounting@phoenixnap.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 11/2/2018 7:58:11 AM<br>Viewed: 11/9/2018 4:36:04 AM |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/2/2018 7:58:11 AM |
| Certified Delivered | Security Checked | 11/2/2018 7:58:11 AM |
| Signing Complete | Security Checked | 11/2/2018 7:58:11 AM |
| Completed | Security Checked | 11/2/2018 7:58:11 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/26/2016 9:18:51 AM
Parties agreed to: Shane Eaglin, Preston Arsement

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Phoenix NAP, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.
**How to contact Phoenix NAP, LLC:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: dejant@phoenixnap.com

**To advise Phoenix NAP, LLC of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at dejant@phoenixnap.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.
**To request paper copies from Phoenix NAP, LLC**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Phoenix NAP, LLC**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
    i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.
**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Phoenix NAP, LLC as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Phoenix NAP, LLC during the course of my relationship with you.

# EXHIBIT "B"

DocuSign Envelope ID: 1F0AE3E4-82D2-46C9-96C5-D51FD3B45600

## . hoenix NAP Bare Metal Service Order Form

| Phoenix NAP, LLC | **Company Name:** | **Poofless1LLC** | |
|---|---|---|---|
| 3402 E UNIVERSITY DR. PHOENIX, AZ 85034 Phone:  1.877.749.2656 Fax:  1.480.449.8801 | **Client Billing Information:** | | **Technical Contact 1 Information:** |
| | **Address:** | 2600 W 7th St #2820 | Name : |
| | **City, State, ZIP:** | Fort Worth, TX 76107 | Email: |
| **Phoenix NAP Representative:** | | | Phone: |
| | **Contact:** | Preston Arsement | **Technical Contact 2 Information:** |
| Shane Eaglin | **Email:** | prestonmgr@gmail.com | Name: |
| Email:  shanee@phoenixnap.com | **Phone:** | (817) 933-7714 | Email: |
| Phone:  (480) 682-3243 | **Other:** | | Phone: |

| | | | |
|---|---|---|---|
| **Agreement Type:** | MSA and Bare Metal Addendum | **Order Type:** | ADD |
| **Version Referenced:** | | **Order Tracking No.** | 2018-58556 |
| **Account Number:** | 20313 | **Order Issue Date:** | February 19, 2018 |
| **SLA:** | Facility AND Network | **Order Form Expires If Not Signed By:** | March 21, 2018 |
| **Power Configuration:** | | **(Client Request) Service Ready Date:** | March 21, 2018 |

| The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned. | | |
|---|---|---|
| **Contract Term (Months):**    24 | **OR** | Contract Cotermination Date: |

The services ordered are provided pursuant to the **Master Service Agreement (MSA)** and **Bare Metal Addendum (BMA)** between Phoenix NAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/, including the MSA, Bare Metal Addendum, CSA, Privacy Policy, and Service Level Agreements.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Your signature below and initials on the additional pages of the Service Order indicates that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by Phoenix NAP, LLC is subject to payment in full to Phoenix NAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

The MRC is subject to a 0 % annual increase, applied on each one-year anniversary of the Service Order Commencement Date identified below.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

| | | | |
|---|---|---|---|
| *Clifton Martin* | Clifton Martin | Director of Sales Operations | 2/20/2018 |
| Phoenix NAP Authorized Signature | Printed | Title | Date |
| *Preston Arsement* | Preston Arsement | Owner | 2/20/2018 |
| Client Authorized Signature | Printed | Title | Date |
| 1143 S Main St | Grapevine | TX | 76051 |
| Client Physical Address | City | State | ZIP |

DocuSign Envelope ID: 1F0AE3E4-62D2-48C9-96C5-D51FD3B45600

## Phoenix NAP Service Order Form

| Company Name: | Pooless LLC | | Order Tracking No. | 2018-58556 |
|---|---|---|---|---|
| Datacenter Location: | Ashburn - 21635 Red Rum Drive, Suite 100, Ashburn VA 20147 | | | |

| Phoenix NAP /Provisioning / Commencement Date |
|---|
| You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first. |

### Notes:

Phoenix NAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. Phoenix NAP expressly denies any liability for errors or omissions that may occur.

All Service listed below are subject to the terms of this contract from the contract "Contract Start Date" to the "Contract End Date "specified below.

Service ID_____Contract Start Date_____Contract End Date
151812_____01 /March/2018_____01 /March/2020
152315_____01 /March/2018_____01/March/2020
152623_____15/February/2018_____15/February/2020

SID: 151812, 152315, 152623
Skylake Gold 6130 4-Bay Chassis,
64 GB ECC DDR4,
No RAID,
240 GB SSD,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (included),
Custom ISO Mounted Via IPMI,
Location: Ashburn,

Standard Monthly Price-$612.10/ Each
24 Month Contract | Monthly Recurring Price- $440.72/ Each

This contract is for existing services currently being provided through Secured Servers, with the purpose of this new contract to lock in pricing at a discounted rate for the next 24 months.

Client ID: 20313

Important Notes:
-Client will not have physical access to devices as part of this new contract
-At the end of the 24 months, client will revert back to current standard pricing for the devices specified in this order,
-This contract is a LEASE ONLY contract for 24 month duration.

CONFIDENTIAL Pooless LLC Service Order Form

Page 3 of 4

DocuSign Envelope ID: 1F0AE3E4-82D2-46C9-96C5-D51FD3B45600

**Phoenix NAP Service Order Form**

The Term of this Lease Agreement, shall commence on the Installation Date specified on the SOF ("Commencement date"), and shall continue through the specified number of months (the "Initial Period") provided. A notice of termination shall be effective only on the last day of the Initial Period. A notice of termination is applicable and inclusive of to all items contained in the respective SOF. Any services cancelled during the term will result in the waiver of all discounted pricing. At the time of cancelation, Client hereby agrees to pay the difference between the discounted price and standard price for all services through the then cancelled term.

**Client Authorized Signer Initial Here:**

DocuSign Envelope ID: 1F0AE3E4-82D2-48C9-98C5-D51FD3B45600

**Phoenix NAP Service Order Form**

## Services

| Company Name: | Poofless1 LLC | | Order Tracking No. | 2018-58556 |
|---|---|---|---|---|
| Datacenter Location: | Ashburn - 21635 Red Rum Drive, Suite 100, Ashburn VA 20147 | | | |

| Product Description | Product Code | QTY | MRC Unit List Price | MRC Unit Sale Price | TOTAL MRC Sale Price | NRC Unit List Price | NRC Unit Sale Price | TOTAL NRC Sale Price |
|---|---|---|---|---|---|---|---|---|
| Secured Servers Equipment (Rental) | E011000 | 1.00 | | | | $0.00 | $0.00 | $0.00 |
| Secured Servers Equipment (Rental) | E011000 | 1.00 | | | | $0.00 | $0.00 | $0.00 |
| Secured Servers Equipment (Rental) | E011000 | 1.00 | | | | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | | | | $0.00 |

| Pre-Payment Amount Due Prior to Release of Services: | | Total Discount Amounts: | |
|---|---|---|---|
| $0.00 | | MRC Discount: | $0.00 |
| | | NRC Discount: | $0.00 |
| Phoenix NAP Internal Use - SEQC: | SE   2/19/2018 | Client Authorized Signer Initial Here: | PA |

CONFIDENTIAL Poofless1 LLC Service Order Form

DocuSign Envelope ID: B9476E00-29FE-40A0-8301-F0CB58667316

# Phoenix NAP Order Form



| Phoenix NAP, LLC | Company Name: Poofless1LLC | |
|---|---|---|
| 3402 E UNIVERSITY DR. PHOENIX, AZ 85034 | **Client Billing Information:** | **Technical Contact 1 Information:** |
| Phone:    1.877.749.2656 | Address: 2600 W 7th St #2820 | Name: |
| Fax:    1.480.449.8801 | City, State, ZIP: Fort Worth , TX , 76107 | Email: |
| | Country: US | Phone: |
| **Phoenix NAP Representative:** | Contact: Anthony Uckun | **Technical Contact 2 Information:** |
| Gerald Kunstman | Email: uckun@compilex.com | Name: |
| Email: geraldk@phoenixnap.com | Phone: (817) 933-7714 | Email: |
| Phone: 1.480.682.3242 | Other: | Phone: |

| | | | |
|---|---|---|---|
| Agreement Type: | MSA | SLA Type: | |
| Version Referenced: | v.3; 04122016 | Account Number: | 20313 |
| Agreement URL: | https://phoenixnap.com/cs/legal/ | Hardware Service Type: | |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

The services ordered are provided pursuant to the **Master Service Agreement (MSA)** between PhoenixNAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Your signature and initials on Page 2 indicate that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by PhoenixNAP, LLC is subject to payment in full to PhoenixNAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

All MRC for Colocation (COLO) Services are subject to a    0    % annual increase, applied on each one-year anniversary of the Service Order Commencement Date identified below.

*Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.*

**PhoenixNAP /Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

DocuSign Envelope ID: B9476E00-29FE-40A0-8301-F0CB58667316          Phoenix NAP Order Form          

_Ian McClarty_ (signature)
PNAP Authorized Signature

Ian McClarty
Printed

President
Title

4/4/2019
Date

_Anthony Uckun_ (signature)
Client Authorized Signature

ANTHONY UCKUN
Printed

Mr
Title

4/4/2019
Date

2600 W 7th St #2820
Client Physical Address

Fort Worth
City

TX
State

76107
ZIP

PhoenixNAP Internal Use – SE/QC:    S

Client Authorized Signer Initial Here:    AU

CONFIDENTIAL

DocuSign Envelope ID: B9476E00-29FE-40A0-8301-F0CB58567316

**Phoenix NAP Order Form**



| | | | | |
|---|---|---|---|---|
| Company Name: | Poofless1LLC | | Order Tracking No. | ORD-03767-25B753 |
| Bandwidth Overage (if applicable): | N/A | | Power Configuration (if applicable): | |
| Datacenter Location (if applicable): | Ashburn 21635 Red Rum Dr, Suite 100, Ashburn, VA 20147 | | Contract Type (applicable to HaaS products only): | Lease Only: Converts Month-to-Month, no Buy-Out |

Order Issue Date:  4/4/2019       Order Form Expires If Not Signed By:  4/5/2019

Order Type:  Change       (Client Requested) Service Ready Date:  4/26/2019

Pre-Payment Prior to Service Delivery:

| Product Name and Description | Product Family | QTY | Monthly Lease Price Per Each | TOTAL Monthly Lease Price | One-Time Charge Per Each | TOTAL One-Time Charge |
|---|---|---|---|---|---|---|
| HaaS Custom Equipment Service ID #163568 | HaaS-MISC-H000HDW | -1.00 | | | | $0.00 |
| HaaS Custom Equipment Arista DCS-7020TR-48-R | HaaS-MISC-H000HDW | 1.00 | | | | $0.00 |
| | | Subtotals: | | $0.00 | | $0.00 |
| | | Totals (All Discounts Included): | | $0.00 | | $0.00 |

| | |
|---|---|
| Contract Term (Months): | 29 |
| Contract Co-termination Date: | 9/12/2021 |

**NOTES**

Phoenix NAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. Phoenix NAP expressly denies any liability for errors or omissions that may occur. You can distinguish Colocation (COLO) Services and Hardware as a Service (HaaS) products by referring to the Product Family column in the product listing above. Any annual increase in Monthly Recurring Charges (MRC) defined on Page 1 of this contract is applicable to COLO Services only.

DocuSign Envelope ID: B9476E00-29FE-40A0-8301-F0CB58667316

**Phoenix NAP Order Form**



This order is replacing Service ID # 163568 with the following:

QTY 1 - Arista DCS-7020TR-48-R

Service ID #163568 will be reclaimed and removed from billing after installation of the new device is complete and uplinks are migrated to the new device.

Estimated install date:  April 26, 2019

©2015, All Rights Reserved. PhoenixNAP

CONFIDENTIAL

DocuSign
⌐ SECURED

## Certificate Of Completion

Envelope Id: B9476E0029FE40A08301F0CB58667316                          Status: Completed
Subject: Poofless1LLC: PhoenixNAP Service Order Form
Source Envelope:
Document Pages: 4                    Signatures: 2                     Envelope Originator:
Certificate Pages: 5                 Initials: 2                        Gerald Kunstman
AutoNav: Enabled                                                        2353 E. University Dr.
EnvelopeId Stamping: Enabled                                            Tempe, AZ  85281
Time Zone: (UTC-07:00) Arizona                                         geraldk@phoenixnap.com
                                                                        IP Address: 162.248.186.11

### Record Tracking

Status: Original                     Holder: Gerald Kunstman            Location: DocuSign
        April 4, 2019 | 15:16                geraldk@phoenixnap.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Gerald Kunstman<br>geraldk@phoenixnap.com<br>Online Sales Associate<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 64.38.194.30 | Sent: April 4, 2019 \| 15:17<br>Viewed: April 4, 2019 \| 15:17<br>Signed: April 4, 2019 \| 15:18 |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| SEQuotes<br>sequotes@phoenixnap.com<br>Security Level: Email, Account Authentication (None) | [signature]<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.13 | Sent: April 4, 2019 \| 15:18<br>Viewed: April 4, 2019 \| 15:35<br>Signed: April 4, 2019 \| 15:37 |
| **Electronic Record and Signature Disclosure:**<br>Accepted: November 30, 2018 \| 10:56<br>ID: 2a8a20f2-760f-4d3e-9a89-c25715697d17 | | |
| ANTHONY UCKUN<br>uckun@compilex.com<br>Mr<br>Security Level: Email, Account Authentication (None) | [signature]<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 70.97.199.131 | Sent: April 4, 2019 \| 15:37<br>Viewed: April 4, 2019 \| 15:38<br>Signed: April 4, 2019 \| 15:40 |
| **Electronic Record and Signature Disclosure:**<br>Accepted: July 17, 2017 \| 12:57<br>ID: 4ff54ee1-5df5-46d3-b8bf-25f15bac706c | | |
| Ian McClarty<br>ian@phoenixnap.com<br>President<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | [signature]<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.13 | Sent: April 4, 2019 \| 15:40<br>Viewed: April 4, 2019 \| 15:41<br>Signed: April 4, 2019 \| 15:41 |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|
| Gerald Kunstman<br>geraldk@phoenixnap.com<br>Online Sales Associate<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: April 4, 2019 \| 15:40<br>Resent: April 4, 2019 \| 15:41<br>Viewed: April 4, 2019 \| 15:41 |
| Michelle Ramey<br>micheller@phoenixnap.com<br>Sales Coordinator<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication<br>(None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: April 4, 2019 \| 15:41 |

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | April 4, 2019 \| 15:41 |
| Certified Delivered | Security Checked | April 4, 2019 \| 15:41 |
| Signing Complete | Security Checked | April 4, 2019 \| 15:41 |
| Completed | Security Checked | April 4, 2019 \| 15:41 |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: October 26, 2016 | 09:18
Parties agreed to: SEQuotes, ANTHONY UCKUN

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Phoenix NAP, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Phoenix NAP, LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: dejant@phoenixnap.com

**To advise Phoenix NAP, LLC of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at dejant@phoenixnap.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Phoenix NAP, LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Phoenix NAP, LLC**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Phoenix NAP, LLC as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Phoenix NAP, LLC during the course of my relationship with you.

# EXHIBIT "C"

DocuSign Envelope ID: FA0D045D-9EDF-4E87-BBCB-3AEE83759909

**PhoenixNAP COLO Service Order Form**

| PhoenixNAP, LLC | **Company Name:** | **Poofless1LLC** | |
|---|---|---|---|
| 3402 E UNIVERSITY DR. | **Client Billing Information:** | | |
| PHOENIX, AZ 85034 | | | |
| Phone:   1.877.749.2656 | Address: | 2600 w 7th St #2820 | Technical Contact 1 Information: |
| Fax:      1.480.449.8801 | City, State, ZIP: | Fort worth, Tx 76107 | Name : |
| **PhoenixNAP Representative:** | | | Email: |
| | Contact: | Joe Melsha | Phone: |
| Gerold Kunstman | Email: | joe.melsha@live.com | Technical Contact 2 Information: |
| Email:    geroldk@phoenixnap.com | Phone: | (817) 933-7714 | Name: |
| Phone:    (480) 682-3242 | Other: | | Email: |
| | | | Phone: |

| Agreement Type: | MSA | Order Type: | ADD |
|---|---|---|---|
| Version Referenced: | | Order Tracking No. | 2018-59664 |
| Account Number: | 20313 | Order Issue Date: | June 1, 2018 |
| SLA: | Facility AND Network | Order Form Expires If Not Signed By: | June 1, 2018 |
| Power Configuration: | Primary AND Redundant | (Client Request) Service Ready Date: | June 21, 2018 |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

| Contract Term (Months):   38 | **OR** | Contract Cotermination Date: |
|---|---|---|

The services ordered are provided pursuant to the **Master Service Agreement (MSA)** between PhoenixNAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at http://phoenixnap.com/culegal/.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Your signature below and initials on the additional pages of the Service Order indicates that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by PhoenixNAP, LLC is subject to payment in full to PhoenixNAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

The MRC is subject to a 5 % annual increase, applied on each one-year anniversary of the Service Order Commencement Date identified below.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

| DocuSigned by: | | | |
|---|---|---|---|
| *Clifton Martin* | Clifton Martin | Director of Sales Operations | 6/3/2018 |
| PhoenixNAP Signature | Printed | Title | Date |
| DocuSigned by: | | | |
| *Preston Arestment* | Preston Arestment | Owner | 6/3/2018 |
| Client Authorized Signature | Printed | Title | Date |
| 1143 South Mainstreet | Grapevine | Tx | 76051 |
| Client Physical Address | City | State | ZIP |

DocuSign Envelope ID: FA0D045D-9EDF-4E87-BBCB-3AEE83759908

## PhoenixNAP COLO Service Order Form

| Company Name: | Poofless1LLC | | Order Tracking No. | 2018-59664 |
| --- | --- | --- | --- | --- |
| Datacenter Location: | Ashburn - 21635 Red Rum Drive, Suite 100, Ashburn VA 20147 | | | |

**PhoenixNAP /Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

### Notes:

PhoenixNAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. PhoenixNAP expressly denies any liability for errors or omissions that may occur.

PhoenixNAP to provide Poofless1LLC the following:

Full Rack: 42U – Locking Cabinet (Ashburn, VA)
* 1x 208V 30A Primary Circuit (6.24 kW)
* 1x 208V 30A Redundant Circuit
* 2x Managed PDU, 0U vertical, (20x C13, 4x C19), PDUMV30HVNET
* 10Gbps Uplink
* 1Gbps Uplink (OOB)
* /26 Public IP Allocation

PhoenixNAP will provide managed services for the four network devices in the cabinet including the 2x Extreme 220 switches, 1x Arista 7010T swithc, and 1x Cisco ASA 5506-X9 provided on corresponding hardware order (2018-59665).

Bandwidth Commitment / Overage
* Bandwidth to be billed based on Per TB Outbound Transfer
* 30TB of outbound transfer will be included complimentary per server leased from PhoenixNAP for the Client's colocation environment for transit between the PhoenixNAP environment and ProxyPipe's DDoS Services in Ashburn VA.  PhoenixNAP may optimize routes at its discretion including moving transit from the PhoenixNAP Blend to a direct link to ProxyPipe.
* Bandwidth will be pooled for all colocation services for Ashburn.
* Overages will be billed at a rate of $0.10 per GB.
* 1x CAT5E Copper Cross Connect to PhoenixNAP Blend (OOB)
* 1x CAT5E Copper Cross Connect to Secured Servers Environment
* 1x MMF Cross Connect to PhoenixNAP Blend

Discounts:
* 81018 (Outbound Transfer) of blended bandwidth included for free
* Waiving MRCs for first two months of service to offset migration costs.
* 20% off MRCs

DocuSign Envelope ID: FA0D045D-9EDF-4E87-BBCB-3AEE83759909
**PhoenixNAP COLO Service Order Form**

* Waiving NRCs for Cross Connects

Non Recurring Charges will cover the following:
* Power Installation
* PDU
* Cabinet Mounting and Grounding
* Cross Connects

Billing to commence once corresponding hardware order (2018-59665) is completed.

Client Authorized Signer Initial Here:

DocuSign Envelope ID: FA0D045D-9EDF-4E87-BBCB-3AEE83759909

## PhoenixNAP COLO Service Order Form

### Services

| Company Name: | Poolless1LLC | | Order Tracking No. | 2018-59664 |
|---|---|---|---|---|
| Datacenter Location: | Ashburn - 21635 Red Rum Drive, Suite 100, Ashburn VA 20147 | | | |

| Product Description | Product Code | QTY | MRC Unit List Price | MRC Unit Sale Price | TOTAL MRC Sale Price | NRC Unit List Price | NRC UNIT Sale Price | TOTAL NRC Sale Price |
|---|---|---|---|---|---|---|---|---|
| CAB Bundle-42U locking, 2PDUs,2x 208V 30A, Primary/Redundant (6.24 kVA) | R011124 | 1.00 | | | | $500.00 | $500.00 | $500.00 |
| Cross Connect-CAT5E | X019170 | 2.00 | | | | $130.00 | $0.00 | $0.00 |
| CWIE.net BGP Mix-Bandwidth-Burstable-Monthly Mbps commitment - 30TB transfer | B001102 | 27.00 | | | | $0.00 | $0.00 | $0.00 |
| IP Address Subnet Block /26 (64 IPs) Approved IP J Required | B031026 | 1.00 | | | | $0.00 | $0.00 | $0.00 |
| Managed Services- Custom | Y94243000 | 4.00 | | | | $0.00 | $0.00 | $0.00 |
| Cross Connect-Multimode Fiber, Single pair | X019174 | 1.00 | | | | $680.00 | $680.00 | $0.00 |
| | | | | Totals: | | | | $500.00 |

| Pre-Payment Amount Due Prior to Release of Services: | | Total Discount Amounts: | |
|---|---|---|---|
| $0.00 | | MRC Discount: | $429.80 |
| | | NRC Discount: | $0.00 |
| PhoenixNAP Internal Use - SEQC: | *RC*  6/1/2018 | Client Authorized Signer Initial Here: | *PL* |

©2015. All Rights Reserved. PhoenixNAP, LLC. v4.4.21120.5

CONFIDENTIAL Poolless1LLC Service Order Form

DocuSign Envelope ID: 41C6EF93-C50A-4A47-A130-276308F3A9B5

## Phoenix NAP Hardware Order Form

| | |
|---|---|
| **Phoenix NAP Secured Servers, LLC**<br>3402 E UNIVERSITY DR.<br>PHOENIX, AZ 85034<br>Phone:   1.877.749.2656<br>Fax:   1.480.449.8801<br>**Phoenix NAP Representative:**<br><br>Gerald Kunstman<br>Email:   geraldk@phoenixnap.com<br>Phone:   (480) 682-3242 | **Company Name:**   **Poolless1LLC**<br>**Client Billing Information:**<br>Address:   2600 W 7th St #2820<br>City, State, ZIP:   Fort Worth, TX 76107<br><br>Contact:   Joe Melsha<br>Email:   joe.melsha@live.com<br>Phone:   (817) 933-7714<br>Other: |

| | | | |
|---|---|---|---|
| Technical Contact 1 Information:<br>Name :<br>Email:<br>Phone:<br>Technical Contact 2 Information:<br>Name:<br>Email:<br>Phone: | | | |

| | | | |
|---|---|---|---|
| Agreement Type:<br>Version Referenced:<br>Agreement URL:<br>Account Number:<br>Order Type: | MSA<br>v.1; 11012015<br>https://phoenixnap.com/cs/legal/<br>20313<br>ADD | Order Issue Date:<br>Order Form Expires If Not Signed By:<br>(Client Request) Service Ready Date:<br>Order Tracking No.<br>Hardware Service Type: | June 1, 2018<br>June 1, 2018<br>June 30, 2018<br>2018-59727<br>Lease |

The Initial Period of this Hardware Order and the billing for services ordered begins on the Date of Delivery.

Initial Period (Months):   38

The services ordered are provided pursuant to the **Master Services Agreement** and any applicable addendums and policies included therein between Phoenix NAP Secured Servers and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms, Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document.

DO NOT SIGN THIS HARDWARE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT. Your signature below and initials on the additional pages of the hardware Order indicates that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

Neither party will be bound by this Hardware Order until it has been signed by an Authorized Representative of such party.

| | | | |
|---|---|---|---|
| *Clifton Martin*<br>PNAP Authorized Signature | Clifton Martin<br>Printed | Director of Sales Operations<br>Title | 6/3/2018<br>Date |
| *Preston Arestment*<br>Client Authorized Signature | Preston Arestment<br>Printed | )wner<br>Title | 6/3/2018<br>Date |
| 1143 South Mainstreet<br>Client Physical Address | Grapevine<br>City | TX<br>State | 76051<br>ZIP |

CONFIDENTIAL Poolless1LLC  2018-59727 Hardware Order Form

DocuSign Envelope ID: 41C6EF93-C50A-4A47-A130-276306F3A9B5

**Phoenix NAP Hardware Order Form**

## Notes:

Phoenix NAP Secured Servers makes every effort to comply with Technical and Order Detail requests listed in the notes below. Phoenix NAP expressly denies any liability for errors or omissions that may occur.

This quote is for 27x new servers and additional hardware components for the PhoenixNAP Ashburn Datacenter.

PhoenixNAP will coordinate with client on the installation of new servers. A PDF with detailed instructions on server configurations, rack configuration, cabling, and all work to be performed will be provided to PhoenixNAP support team in the ticket for the order along with the signed service order.

$233.00 Custom line item with quantity 24 is Xeon Gold 6146, 1U, SYS-5019P-WTR
$237.00 Custom line item with quantity 1 is Xeon Gold 6146, 2U, SYS-5029P-WTR
$584.00 Custom line item with quantity 2 is Xeon Scalable 1U with 2x 8160 CPU, SYS-6019U-TN4R4T
$20.00 Custom line item with quantity 116 is 32GB DDR4-2666 2Rx4 ECC RDIMM [MEM-DR432L-HL01-ER26]
$15.00 Custom line item with quantity 34 is S4600 480GB 2.5" with tray [HDS-I2T2-SSDSC2KG480G7]
$25.00 Custom line item with quantity 2 is HGST 3.5" 12TB SATA [HDD-T12T-HUH721212ALE600]
$53.00 Custom line item with quantity 4 is Intel S4600 SSD, 1.92TB 2.5", with tray [HDS-I2T2-SSDSC2KG019T7]

Network Hardware:
$179.00 Custom line item with quantity 1 is Arista 7010T, 48x 1G RJ45 ports and 4x 10G SFP+ ports
$61.00 Custom line item with quantity 2 is Extreme 220, 48x 1G RJ45 ports and 4x 10G SFP+ ports
$52.00 Custom line item with quantity 1 is Cisco ASA 5506-K9
$1.00 Custom line item with quantity 1 is Arista Networks SFP-10G-SR Compatible 10GBASE-SR SFP+ 850nm 300m DOM Transceiver Module

PhoenixNAP will provide initial install of operating system for each server according to client's instructions.

Server Configurations:

Configuration 1 (QTY 10)
1x Xeon Gold 6146 CPU, 1U, SYS-5019P-WTR
4x 32GB DDR4-2666 2Rx4 ECC RDIMM [MEM-DR432L-CL01-ER26 ]
2x S4600 48GB 2.5" with tray [HDS-I2T2-SSDSC2KG480G7 ]

Configuration 2 (QTY 14):
1x Xeon Gold 6146 CPU, 1U, SYS-5019P-WTR
4x 32GB DDR4-2666 2Rx4 ECC RDIMM [MEM-DR432L-CL01-ER26]
1x S4600 48GB 2.5" with tray [HDS-I2T2-SSDSC2KG480G7 ]

Configuration 3 (QTY 2)

DocuSign Envelope ID: 41C6EF93-C50A-4A47-A130-276306F3A9B5

**Phoenix NAP Hardware Order Form**

1x Xeon Scalable 1U with 2x 8160 CPU, SYS-6019U-TN4R4T
8x 32GB DDR4-2666 2Rx4 ECC RDIMM [MEM-DR432L-HL01-ER26]
2x Intel S4600 SSD, 1.92TB 2.5", with tray [HDS-I212-SSDSC2KG01917]

Configuration 4 (QTY 1)
1x Xeon Gold 6146 CPU, 2U, SYS-5029P-WTR
4x 32GB DDR4-2666 2Rx4 ECC RDIMM [MEM-DR432L-CL01-ER26]
2x HGST 3.5" 12TB SATA [HDD-T12T-HUH721212ALE600]

Hardware to be racked in client's private cabinet.

Estimated Install Date - June 21, 2018

*SLA for custom hardware items is provided as best-effort only and will follow available RMA processes.

First two months of service to be provided complimentary to offset migration costs.

As part of this order, Poofless1LLC will migrate the following services to their colocation environment and may cancel listed services after completion of their migration without any penalty or ETF

126041
126042
126043
126044
126045
126046
126048
126080
126081
126082
126083
126084
126118
126119
126120
129142
129478
129479
129480

DocuSign Envelope ID: 41C6EF93-C50A-4A47-A130-276306F3A9B5

**Phoenix NAP Hardware Order Form**

```
129481
129482
129540
129541
129542
129543
133725
133726
142305
146559
146561
146617
146618
151622
151812
152315
152623
```

| Product Family | Product Description | Product Code | QTY | Monthly Lease Price Per Each | TOTAL Monthly Lease Price | One Time Charge Per Each | TOTAL One Time Charge |
|---|---|---|---|---|---|---|---|
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 24.00 | | | $0.00 | $0.00 |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 1.00 | $27.00 | $27.00 | $0.00 | $0.00 |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.C | 2.00 | | | $0.00 | $0.00 |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 116.00 | | | | $0.00 |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 34.00 | | | | $0.00 |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 2.00 | | | | |

DocuSign Envelope ID: 41C6EF93-C50A-4A47-A130-276306F3A9B5

## Phoenix NAP Hardware Order Form

| | | | | |
|---|---|---|---|---|
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 4.00 | |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 1.00 | |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 2.00 | |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 1.00 | |
| HAAS-MISC | Custom Equipment - Lease which converts MTM at end of Term to be named in the SOF. No Buy-Out Option. | L000HDW.0 | 1.00 | |
| | | | Total: | |

| | |
|---|---|
| *Pre-Payment Amount Due Prior to Delivery of Hardware: (*Excludes applicable taxes, please see invoice for exact amount.) | $0.00 |

| | | | |
|---|---|---|---|
| Phoenix NAP Secured Servers Internal Use – SE/QC: | _kc_ | 6/1/2018 | Client Authorized Signer Initial Here: _PL_ |

# EXHIBIT "D"

DocuSign Envelope ID: 6D8B9A89-D0AD-476F-92E1-1D7D97AF4E43

**Phoenix NAP Order Form**

phoenixNAP

| | |
|---|---|
| **Phoenix NAP, LLC**<br>3402 E UNIVERSITY DR.<br>PHOENIX, AZ 85034<br><br>Phone:  1.877.749.2656<br>Fax:       1.480.449.8801<br><br>**Phoenix NAP Representative:**<br>Shane Eaglin<br><br>Email: shanee@phoenixnap.com<br><br>Phone: | **Company Name:** Cosmic Games ULC<br><br>**Client Billing Information:**<br><br>**Address:** 117 Peter Street Unit 312<br>**City, State, ZIP:** Toronto, ON , M5VOM3<br>**Country:** Canada<br><br>**Contact:** Jack Melkerson<br>**Email:** jack@cosmic.games<br>**Phone:**<br>**Other:** | **Technical Contact 1 Information:**<br><br>**Name:** Anthony Uckun<br>**Email:** admin@cosmic.games<br>**Phone:** 612-940-9512<br><br>**Technical Contact 2 Information:**<br>**Name:**<br>**Email:**<br>**Phone:** |

| | | | |
|---|---|---|---|
| **Agreement Type:** | MSA and Bare Metal Addendum | **SLA Type:** | |
| **Version Referenced:** | v.3 ; 04122016 | **Account Number:** | 24529 |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

The services ordered are provided pursuant to the Master Service Agreement (MSA) and Bare Metal Addendum (BMA) between Phoenix NAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/, including the MSA, Bare Metal Addendum, CSA, Privacy Policy, and Service Level Agreements.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by Phoenix NAP, LLC is subject to payment in full to Phoenix NAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

Your signature and initials on Page 2 indicate that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

**PhoenixNAP / Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

CONFIDENTIAL

DocuSign Envelope ID: 6D8B9A89-D0AD-476F-92E1-1D7D97AF4E43                    Phoenix NAP Order Form                    

| DocuSigned by: *Clifton Martin* | Clifton Martin | Director of Sales Operations | 12/28/2018 |
| PNAP Authorized Signature | Printed | Title | Date |

| DocuSigned by: *Anthony Uckun* | Anthony Uckun | CTO | 12/28/2018 |
| Client Authorized Signature | Printed | Title | Date |

| 7848 Cress View Ln | Prior Lake | MN | 55372 |
| Client Physical Address | City | State | ZIP |

PhoenixNAP Internal Use – SE/QC: _____                    Client Authorized Signer Initial Here: _____

©2018. All Rights Reserved. Phoenix NAP v.5, 12/72016                    CONFIDENTIAL

DocuSign Envelope ID: 6D8B9A89-D0AD-476F-92E1-1D7D97AF4E43

**Phoenix NAP Order Form**



| Company Name: | Cosmic Games ULC | | Order Tracking No. | ORD-02410-S1W9V1 |
|---|---|---|---|---|
| Bandwidth Overage (if applicable): | 0.10 | | Power Configuration (if applicable): | |
| Datacenter Location: | Ashburn 21635 Red Rum Dr, Suite 100, Ashburn, VA 20147 | | | |

Contract Issue Date:   12/7/2018          Contract From Expires if Not Signed By:   1/6/2019

Contract Type:   Change          (Client Requested) Service Ready Date:   12/30/2018

Contract Term (Months):   12          Contract Co-termination Date:

Pre-Payment Amount Due Prior to Release of Services:

---

**CONTRACT NOTES**

PhoenixNAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. PhoenixNAP expressly denies any liability for errors or omissions that may occur.

Service ID#'s 139803,141431,85215,77909,77905,77529,86563 have now changed.  Their processor, configuration, and price all remain the same as they were on (ORD-02014-X0R8V8).  They were on Client ID#18880 and now have moved to Client ID#24529.  As they have moved accounts they have now become Service ID#'s 166585,166587,166589,166591,166593,166595,166597.  For the next 12 months they will reside with their new Service ID#'s on their new account.

Service ID: 166585,166587
Intel Quad Core Xeon E3-1275 v5 (4x3.8GHz) 2-Bay Chassis,
(Built as V6's as the V6 service plan was available at the time)
48 GB ECC DDR4,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$189.55/ Each
12 Month Contract | Monthly Recurring Price- $115.00/ Each

Contract Start Date: 05/December/2018
Contract End Date: 28/December/2019

DocuSign Envelope ID: 6D8B9A89-D0AD-476F-92E1-1D7D97AF4E43

**Phoenix NAP Order Form**



---

Service ID: 166589,166591,166593,166595,166597
Intel Xeon E3-1240v3 (4x 3.4GHz) 2-Bay Chassis,
32 GB ECC DDR3,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA II,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$138.55/ Each
12 Month Contract | Monthly Recurring Price- $55.00/ Each

Contract Start Date: 05/December/2018
Contract End Date: 28/December/2019

This contract is for existing services currently being provided through PhoenixNap, with the purpose of this new contract to lock in pricing at a discounted rate for the next 12 months.

Client ID: 24529

Important Notes:
-Client will not have physical access to devices as part of this new contract
-At the end of the 12 months, client will revert back to current standard pricing for the devices specified in this order.
-This contract is a LEASE ONLY contract for 12 month duration.

The Term of this Lease Agreement, shall commence on the Installation Date specified on the SOF ("Commencement date"), and shall continue through the specified number of months (the "Initial Period") provided. A notice of termination shall be effective only on the last day of the Initial Period. A notice of termination is applicable and inclusive of to all items contained in the respective SOF. Any services cancelled during the term will result in the waiver of all discounted pricing. At the time of cancellation, Client hereby agrees to pay the difference between the discounted price and standard price for all services through the then cancelled term.

| | |
|---|---|
| Total Monthly Lease Price | $0.00 |

DocuSign
🔒 SECURED

## Certificate Of Completion

Envelope Id: 6D8B9A89D0AD476F92E11D7D97AF4E43                                    Status: Completed
Subject: Cosmic Games ULC: PhoenixNAP Service Order Form
Source Envelope:
Document Pages: 4                          Signatures: 2                         Envelope Originator:
Certificate Pages: 5                       Initials: 2                           Shane Eaglin
AutoNav: Enabled                                                                 2353 E. University Dr.
EnvelopeId Stamping: Enabled                                                     Tempe, AZ  85281
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                shanee@phoenixnap.com
                                                                                 IP Address: 162.248.186.11

### Record Tracking

Status: Original                           Holder: Shane Eaglin                  Location: DocuSign
        12/7/2018 1:40:25 PM                        shanee@phoenixnap.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Shane Eaglin<br>shanee@phoenixnap.com<br>Bare Metal Sales Executive<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 64.38.194.30 | Sent: 12/7/2018 1:41:29 PM<br>Viewed: 12/7/2018 1:42:29 PM<br>Signed: 12/7/2018 1:42:57 PM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |
| Timothy Sullivan<br>onlinesalescontractreview@phoenixnap.com<br>Security Level: Email, Account Authentication (None) | TS<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.13 | Sent: 12/7/2018 1:42:59 PM<br>Viewed: 12/7/2018 2:20:47 PM<br>Signed: 12/7/2018 2:31:31 PM |
| Electronic Record and Signature Disclosure:<br>    Accepted: 12/7/2018 2:20:47 PM<br>    ID: c6fe53ea-bd0c-4d86-af0f-5259f9cb776c | | |
| Anthony Uckun<br>admin@cosmic.games<br>CTO<br>Security Level: Email, Account Authentication (None) | Anthony Uckun<br>58C553DF9B6B4F0<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 70.97.199.131 | Sent: 12/7/2018 2:31:32 PM<br>Viewed: 12/28/2018 11:02:12 AM<br>Signed: 12/28/2018 11:54:57 AM |
| Electronic Record and Signature Disclosure:<br>    Accepted: 12/28/2018 11:54:38 AM<br>    ID: 97c94926-8925-44e2-a97f-bb70e5e76324 | | |
| Clifton Martin<br>cmartin@phoenixnap.com<br>Director of Sales Operations<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | Clifton Martin<br>C0I05ACA7E8654CF<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.238.2.190<br>Signed using mobile | Sent: 12/28/2018 11:54:59 AM<br>Viewed: 12/28/2018 11:55:29 AM<br>Signed: 12/28/2018 11:55:35 AM |
| Electronic Record and Signature Disclosure:<br>    Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Michelle Ramey<br>micheller@phoenixnap.com<br>Sales Coordinator<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 12/28/2018 11:55:37 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |
| Accounting<br>accounting@phoenixnap.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 12/28/2018 11:55:37 AM<br>Viewed: 12/31/2018 3:49:36 AM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/28/2018 11:55:37 AM |
| Certified Delivered | Security Checked | 12/28/2018 11:55:37 AM |
| Signing Complete | Security Checked | 12/28/2018 11:55:37 AM |
| Completed | Security Checked | 12/28/2018 11:55:37 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/26/2016 9:18:51 AM
Parties agreed to: Timothy Sullivan, Anthony Uckun

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Phoenix NAP, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Phoenix NAP, LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

 To contact us by email send messages to: dejant@phoenixnap.com

**To advise Phoenix NAP, LLC of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at dejant@phoenixnap.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Phoenix NAP, LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Phoenix NAP, LLC**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Phoenix NAP, LLC as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Phoenix NAP, LLC during the course of my relationship with you.

DocuSign Envelope ID: 2BA26CFD-0863-45E3-A532-63AAF2749215

## Phoenix NAP Order Form

| | |
|---|---|
| **Phoenix NAP, LLC**<br><br>3402 E UNIVERSITY DR.<br>PHOENIX, AZ 85034<br><br>Phone:   1.877.749.2656<br>Fax:     1.480.449.8801<br><br>**Phoenix NAP Representative:**<br>Shane Eaglin<br><br>Email: shanee@phoenixnap.com<br><br>Phone: | **Company Name:** Cosmic Games ULC<br><br>**Client Billing Information:**<br><br>**Address:** 117 Peter Street Unit 312<br>**City, State, ZIP:** Toronto, ON , M5V0M3<br>**Country:** Canada<br><br>**Contact:** Jack Melkerson<br>**Email:** jack@cosmic.games<br>**Phone:** (647) 984-7619<br>**Other:**<br><br>**Technical Contact 1 Information:**<br>**Name:** Anthony Uckun<br>**Email:** a@cox.sh<br>**Phone:** 612-940-9512<br><br>**Technical Contact 2 Information:**<br>**Name:**<br>**Email:**<br>**Phone:** |

| Agreement Type: | MSA and Bare Metal Addendum | SLA Type: | |
|---|---|---|---|
| Version Referenced: | v.3; 04122016 | Account Number: | 24529 |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

The services ordered are provided pursuant to the Master Service Agreement (MSA) and Bare Metal Addendum (BMA) between Phoenix NAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/, including the MSA, Bare Metal Addendum, CSA, Privacy Policy, and Service Level Agreements.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by Phoenix NAP, LLC is subject to payment in full to Phoenix NAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

Your signature and initials on Page 2 indicate that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

**PhoenixNAP /Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

©2016 All rights Reserved PhoenixNAP v.3 10APR16             CONFIDENTIAL

DocuSign Envelope ID: 2BA26CFD-0863-45E3-A532-63AAF2749215

**Phoenix NAP Order Form**



| | | | |
|---|---|---|---|
| *Clifton Martin* | Clifton Martin | Director of Sales Operations | 2/20/2019 |
| PNAP Authorized Signature | Printed | Title | Date |
| *Anthony Uckun* | Anthony Uckun | CTO | 2/20/2019 |
| Client Authorized Signature | Printed | Title | Date |
| 117 Peter Street Unit 312 | Toronto | | M5V0M3 |
| Client Physical Address | City | State | ZIP |

PhoenixNAP Internal Use – SE/QC: ⬚TS          Client Authorized Signer Initial Here: ⬚AU

DocuSign Envelope ID: 2BA26CFD-0863-45E3-A532-63AAF2749215

**Phoenix NAP Order Form**

 phoenixNAP

| | | | |
|---|---|---|---|
| Company Name: | Cosmic Games ULC | Order Tracking No. | ORD-03196-D9R2H8 |
| Bandwidth Overage (if applicable): | $0.10/GB | Power Configuration (if applicable): | |
| Datacenter Location: | Ashburn 21635 Red Rum Dr, Suite 100, Ashburn, VA 20147 | | |

Contract Issue Date:   2/19/2019

Contract Type:   Renew

Contract Term (Months):   12

Contract From Expires If Not Signed By:   2/28/2019

(Client Requested) Service Ready Date:   2/28/2019

Contract Co-termination Date:

Pre-Payment Amount Due Prior to Release of Services:

**CONTRACT NOTES**

PhoenixNAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. PhoenixNAP expressly denies any liability for errors or omissions that may occur.

Service ID: 166429, 166430, 166431
Intel Xeon E3-1270 v3 (4×3.5GHz)
Ashburn
32 GB ECC DDR3
240 GB SSD
1 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$176.40/ Each
12 Month Contract | Monthly Recurring Price- $120.00/ Each

Contract Start Date: 28/February/2019
Contract End Date: 28/February/2020

Service ID: 166432, 166434, 166435
Intel Xeon E3-1275 v6 (4×3.8GHz)
Ashburn
48 GB ECC DDR4
480 GB SSD
3 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)

CONFIDENTIAL

DocuSign Envelope ID: 2BA26CFD-0863-45E3-A532-63AAF2749215

**Phoenix NAP Order Form**



/29 IP allocat on (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$264.04/ Each
12 Month Contract | Monthly Recurring Price- $200.00/ Each

Contract Start Date: 28/February/2019
Contract End Date: 28/February/2020

Service ID: 166436, 166437, 166438, 166439
Intel Xeon E3-1275 v6 (4×3 8GHz)
Ashburn
64 GB ECC DDR4
480 GB SSD
3 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$276.30/ Each
12 Month Contract | Monthly Recurring Price- $215.00/ Each

Contract Start Date: 28/February/2019
Contract End Date: 28/February/2020

Service ID: 166427
Dual Intel Xeon Gold 5118 (24x 2.3GHz) 4-bay
Ashburn
96 GB ECC DDR4
960 GB SSD
4 TB Enterprise Grade SATA III
50 TB Transfer (10 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$802.00
12 Month Contract | Monthly Recurring Price- $686.34

Contract Start Date: 28/February/2019
Contract End Date: 28/February/2020

DocuSign Envelope ID: 2BA26CFD-0863-45E3-A532-63AAF2749215

**Phoenix NAP Order Form**



This contract is for existing services currently being provided through PhoenixNap, with the purpose of this new contract to lock in pricing at a discounted rate for the next 12 months.

Client ID: 24529

Important Notes:
-Client will not have physical access to devices as part of this new contract
-At the end of the 12 months, client will revert back to current standard pricing for the devices specified in this order.
-This contract is a LEASE ONLY contract for 12 month duration.

The Term of this Lease Agreement, shall commence on the Installation Date specified on the SOF ("Commencement date"), and shall continue through the specified number of months (the "Initial Period") provided. A notice of termination shall be effective only on the last day of the Initial Period. A notice of termination is applicable and inclusive of to all items contained in the respective SOF. Any services cancelled during the term will result in the waiver of all discounted pricing. At the time of cancellation, Client hereby agrees to pay the difference between the discounted price and standard price for all services through the then cancelled term.

| Total Monthly Lease Price: | $2,506.34 |
| --- | --- |

DocuSign
SECURED

## Certificate Of Completion

Envelope Id: 2BA26CFD086345E3A53263AAF2749215
Subject: Cosmic Games ULC: PhoenixNAP Service Order Form
Source Envelope:
Document Pages: 5                          Signatures: 2
Certificate Pages: 5                       Initials: 2
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Shane Eaglin
2353 E. University Dr.
Tempe, AZ  85281
shanee@phoenixnap.com
IP Address: 162.248.186.11

## Record Tracking

Status: Original
          2/19/2019 7:04:45 AM

Holder: Shane Eaglin
          shanee@phoenixnap.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Shane Eaglin<br>shanee@phoenixnap.com<br>Bare Metal Sales Executive<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | Completed<br><br>Using IP Address: 64.38.194.30 | Sent: 2/19/2019 7:05:55 AM<br>Viewed: 2/19/2019 7:06:42 AM<br>Signed: 2/19/2019 7:06:43 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Timothy Sullivan<br>onlinesalescontractreview@phoenixnap.com<br>Security Level: Email, Account Authentication (None) | TS<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.13 | Sent: 2/19/2019 7:06:45 AM<br>Viewed: 2/19/2019 9:16:38 AM<br>Signed: 2/19/2019 9:35:57 AM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 2/19/2019 9:16:38 AM<br>   ID: e68c582d-2842-4b01-9b8a-bf68021c6f2a | | |
| Anthony Uckun<br>admin@cosmic.games<br>CTO<br>Security Level: Email, Account Authentication (None) | Anthony Uckun<br>54C553D7180D4F0...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 70.97.199.131 | Sent: 2/19/2019 9:35:58 AM<br>Resent: 2/20/2019 6:28:36 AM<br>Viewed: 2/20/2019 8:07:50 AM<br>Signed: 2/20/2019 8:08:36 AM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 12/28/2018 11:54:38 AM<br>   ID: 97c94926-8925-44e2-a97f-bb70e5e76324 | | |
| Clifton Martin<br>cmartin@phoenixnap.com<br>Director of Sales Operations<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | Clifton Martin<br>C0054C67E9954CE<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.30 | Sent: 2/20/2019 8:08:38 AM<br>Viewed: 2/20/2019 8:58:07 AM<br>Signed: 2/20/2019 8:58:13 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Michelle Ramey<br>micheller@phoenixnap.com<br>Sales Coordinator<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 2/20/2019 8:58:15 AM |
| Accounting<br>accounting@phoenixnap.com<br>Security Level: Email, Account Authentication (None), Access Code<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 2/20/2019 8:58:15 AM<br>Viewed: 2/22/2019 4:26:06 AM |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/20/2019 8:58:15 AM |
| Certified Delivered | Security Checked | 2/20/2019 8:58:15 AM |
| Signing Complete | Security Checked | 2/20/2019 8:58:15 AM |
| Completed | Security Checked | 2/20/2019 8:58:15 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/26/2016 9:18:51 AM
Parties agreed to: Timothy Sullivan, Anthony Uckun

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Phoenix NAP, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Phoenix NAP, LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: dejant@phoenixnap.com

**To advise Phoenix NAP, LLC of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at dejant@phoenixnap.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Phoenix NAP, LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Phoenix NAP, LLC**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

      i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

      ii. send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Phoenix NAP, LLC as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Phoenix NAP, LLC during the course of my relationship with you.

DocuSign Envelope ID: 50925926-6525-48B9-9713-BCAA13D62DC0

**Phoenix NAP Order Form**

phoenixNAP

| Phoenix NAP, LLC<br>3402 E UNIVERSITY DR.<br>PHOENIX, AZ 85034<br><br>Phone:   1.877.749.2656<br>Fax:      1.480.449.8801<br><br>**Phoenix NAP Representative:**<br>Shane Eaglin<br><br>Email: shanee@phoenixnap.com<br><br>Phone: | **Company Name:** Cosmic Games ULC<br><br>**Client Billing Information:**<br><br>Address: 117 Peter Street Unit 312<br>City, State, ZIP: Toronto, ON , M5V0M3<br>Country: Canada<br><br>Contact: Jack Melkerson<br>Email: jack@cosmic.games<br>Phone: +1 647 984-7619<br>Other: | **Technical Contact 1 Information:**<br><br>Name: Anthony Uckun<br>Email: a@cox.sh<br>Phone: 612-940-9512<br><br>**Technical Contact 2 Information:**<br>Name:<br>Email:<br>Phone: |

| Agreement Type: | MSA and Bare Metal Addendum | SLA Type: | |
| Version Referenced: | v.3; 04122016 | Account Number: | 24529 |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

The services ordered are provided pursuant to the Master Service Agreement (MSA) and Bare Metal Addendum (BMA) between Phoenix NAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/, including the MSA, Bare Metal Addendum, CSA, Privacy Policy, and Service Level Agreements.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by Phoenix NAP, LLC is subject to payment in full to Phoenix NAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

Your signature and initials on Page 2 indicate that you have read the document and its Addendums or Attachments (as applicable) and agree to be bound by the provisions contained within.

**PhoenixNAP /Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

©2016. All rights Reserved. Phoenix NAP v.3. 12082015                    CONFIDENTIAL

DocuSign Envelope ID: 50925926-6525-48B9-9713-BCAA13D82DC0

**Phoenix NAP Order Form**



_Clifton Martin_
PNAP Authorized Signature

Clifton Martin
Printed

Director of Sales Operations
Title

2/19/2019
Date

_Anthony Uckun_
Client Authorized Signature

Anthony Uckun
Printed

CTO
Title

2/19/2019
Date

117 Peter Street Unit 312
Client Physical Address

Toronto
City

State

M5V0M3
ZIP

PhoenixNAP Internal Use – SE/QC:    _SDE_

Client Authorized Signer Initial Here:    _AU_

CONFIDENTIAL

DocuSign Envelope ID: 50925928-8525-48B9-9713-BCAA13D62DC0

**Phoenix NAP Order Form**

 phoenixNAP

| Company Name: | Cosmic Games ULC | | Order Tracking No. | ORD-03216-L2Y3G0 |
|---|---|---|---|---|
| Bandwidth Overage (if applicable): | $0.10/GB | | Power Configuration (if applicable): | |
| Datacenter Location: | Ashburn 21635 Red Rum Dr, Suite 100, Ashburn, VA 20147 | | | |

Contract Issue Date:  2/19/2019        Contract From Expires If Not Signed By:  2/28/2019

Contract Type:  Initial Order        (Client Requested) Service Ready Date:  2/28/2019

Contract Term (Months):  12        Contract Co-termination Date:

Pre-Payment Amount Due Prior to Release of Services: _____

| CONTRACT NOTES |
|---|
| PhoenixNAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. PhoenixNAP expressly denies any liability for errors or omissions that may occur. |

Service ID: 168611, 168613,
Intel Xeon E3-1275 v6 (4×3.8GHz)
Ashburn
64 GB ECC DDR4
480 GB SSD
3 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$276.30/ Each
12 Month Contract | Monthly Recurring Price- $215.00/ Each

Contract Start Date: 18/February/2019
Contract End Date: 28/February/2020

Service ID: 168614,
Intel Xeon E3-1275 v5 (4×3.6GHz)
Ashburn
48 GB ECC DDR4
480 GB SSD
3 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)

DocuSign Envelope ID: 50925926-6525-48B9-9713-BCAA13D62DC0

**Phoenix NAP Order Form**



/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$264.04
12 Month Contract | Monthly Recurring Price- $200.00

Contract Start Date: 18/February/2019
Contract End Date: 28/February/2020

Service ID: 168616
Intel Xeon E3-1275 v5 (4×3.6GHz)
Ashburn
48 GB ECC DDR4
240 GB SSD
3 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$264.04
12 Month Contract | Monthly Recurring Price- $200.00

Contract Start Date: 18/February/2019
Contract End Date: 28/February/2020

Service ID: 168639
Intel Xeon E3-1270 v3 (4×3.5GHz)
Ashburn
32 GB ECC DDR3
240 GB SSD
1 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$176.40
12 Month Contract | Monthly Recurring Price- $120.00

Contract Start Date: 18/February/2019
Contract End Date: 28/February/2020

DocuSign Envelope ID 50925926-6525-48B9-9713-BCAA13D62DC0

**Phoenix NAP Order Form**



Service ID: 168637, 168640
Intel Xeon E3-1240 v3 (4×3.4GHz)
Ashburn
32 GB ECC DDR3
240 GB SSD
1 TB Enterprise Grade SATA III
30 TB Transfer (1 Gbps Uplink)
/29 IP allocation (5 usable IPs)
CentOS 6.x 64 Bit (Latest Stable)

Standard Monthly Price-$176.40/ Each
12 Month Contract | Monthly Recurring Price- $110.00/ Each

Contract Start Date: 18/February/2019
Contract End Date: 28/February/2020

This contract is for existing services currently being provided through PhoenixNap, with the purpose of this new contract to lock in pricing at a discounted rate for the next 12 months.

Client ID: 24529

Important Notes:
-Client will not have physical access to devices as part of this new contract
-At the end of the 12 months, client will revert back to current standard pricing for the devices specified in this order.
-This contract is a LEASE ONLY contract for 12 month duration.

The Term of this Lease Agreement, shall commence on the Installation Date specified on the SOF ("Commencement date"), and shall continue through the specified number of months (the "Initial Period") provided. A notice of termination shall be effective only on the last day of the Initial Period. A notice of termination is applicable and inclusive of to all items contained in the respective SOF. Any services cancelled during the term will result in the waiver of all discounted pricing. At the time of cancellation, Client hereby agrees to pay the difference between the discounted price and standard price for all services through the then cancelled term.

$1,470.00

CONFIDENTIAL

DocuSign
**SECURED**

**Certificate Of Completion**

Envelope Id: 50925926652548B99713BCAA13D62DC0                                    Status: Completed
Subject: Cosmic Games ULC: PhoenixNAP Service Order Form
Source Envelope:
Document Pages: 5                              Signatures: 2                      Envelope Originator:
Certificate Pages: 5                           Initials: 2                        Shane Eaglin
AutoNav: Enabled                                                                  2353 E. University Dr.
EnvelopeId Stamping: Enabled                                                      Tempe, AZ  85281
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                 shanee@phoenixnap.com
                                                                                  IP Address: 162.248.186.11

**Record Tracking**

Status: Original                    Holder: Shane Eaglin                          Location: DocuSign
         2/19/2019 12:30:31 PM                shanee@phoenixnap.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Shane Eaglin<br>shanee@phoenixnap.com<br>Bare Metal Sales Executive<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | **Completed**<br><br>Using IP Address: 64.38.194.30 | Sent: 2/19/2019 12:31:29 PM<br>Viewed: 2/19/2019 12:32:29 PM<br>Signed: 2/19/2019 12:32:31 PM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Shane Eaglin<br>onlinesalescontractreview@phoenixnap.com<br>Security Level: Email, Account Authentication (None) | *SDe*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.30 | Sent: 2/19/2019 12:32:32 PM<br>Viewed: 2/19/2019 12:33:55 PM<br>Signed: 2/19/2019 12:34:07 PM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 2/19/2019 12:33:55 PM<br>   ID: e02ac911-2a76-4740-8257-aeef7ce59301 | | |
| Anthony Uckun<br>admin@cosmic.games<br>CTO<br>Security Level: Email, Account Authentication (None) | *Anthony Uckun*<br>58C6530F90B64F0...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 70.97.199.131 | Sent: 2/19/2019 12:34:09 PM<br>Viewed: 2/19/2019 3:17:57 PM<br>Signed: 2/19/2019 3:20:06 PM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 12/28/2018 11:54:38 AM<br>   ID: 97c94926-8925-44e2-a97f-bb70e5e76324 | | |
| Clifton Martin<br>cmartin@phoenixnap.com<br>Director of Sales Operations<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | *Clifton Martin*<br>C0D54C61E9654C6...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 184.103.174.171<br>Signed using mobile | Sent: 2/19/2019 3:20:07 PM<br>Viewed: 2/19/2019 3:31:27 PM<br>Signed: 2/19/2019 3:31:38 PM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Michelle Ramey<br>micheller@phoenixnap.com<br>Sales Coordinator<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 2/19/2019 3:31:40 PM |
| Accounting<br>accounting@phoenixnap.com<br>Security Level: Email, Account Authentication (None), Access Code<br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | **COPIED** | Sent: 2/19/2019 3:31:41 PM<br>Viewed: 2/22/2019 4:04:30 AM |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/19/2019 3:31:41 PM |
| Certified Delivered | Security Checked | 2/19/2019 3:31:41 PM |
| Signing Complete | Security Checked | 2/19/2019 3:31:41 PM |
| Completed | Security Checked | 2/19/2019 3:31:41 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/26/2016 9:18:51 AM
Parties agreed to: Shane Eaglin, Anthony Uckun

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Phoenix NAP, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Phoenix NAP, LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

 To contact us by email send messages to: dejant@phoenixnap.com

**To advise Phoenix NAP, LLC of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at dejant@phoenixnap.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Phoenix NAP, LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Phoenix NAP, LLC**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Phoenix NAP, LLC as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Phoenix NAP, LLC during the course of my relationship with you.

DocuSign Envelope ID: E9F3A581-8AA9-41FA-A60D-DE6E30B8BC58

## Phoenix NAP Order Form 

| | |
|---|---|
| **Phoenix NAP, LLC**<br>3402 E UNIVERSITY DR.<br>PHOENIX, AZ 85034<br><br>Phone:   1.877.749.2656<br>Fax:      1.480.449.8801<br><br>**Phoenix NAP Representative:**<br>Shane Eaglin<br><br>Email: shanee@phoenixnap.com<br><br>Phone: | **Company Name:** Cosmic Games ULC<br><br>**Client Billing Information:**<br>Address: 117 Peter Street Unit 312<br>City, State, ZIP: Toronto, ON , M5V0M3<br>Country: Canada<br>Contact: Jack Melkerson<br>Email: jack@cosmic.games<br>Phone: 647-984-7619<br>Other:<br><br>**Technical Contact 1 Information:**<br>Name: Anthony Uckun<br>Email: a@cox.sh<br>Phone: 612-940-9512<br><br>**Technical Contact 2 Information:**<br>Name:<br>Email:<br>Phone: |

| | | | |
|---|---|---|---|
| **Agreement Type:** | MSA and Bare Metal Addendum | **SLA Type:** | |
| **Version Referenced:** | v.3; 04122016 | **Account Number:** | 24529 |

**The Initial Term of this Service Order and the billing for services ordered starts on the Service Commencement Date indicated on Page 3 after provisioned.**

The services ordered are provided pursuant to the Master Service Agreement (MSA) and Bare Metal Addendum (BMA) between Phoenix NAP and the Client. Terms not defined herein shall have the meanings set forth in that document. There are significant Terms and Conditions, Warranty Disclaimers, and Liability Limitations contained in the referenced document. All relevant and referenced documents are located at https://phoenixnap.com/cs/legal/, including the MSA, Bare Metal Addendum, CSA, Privacy Policy, and Service Level Agreements.

DO NOT SIGN THIS SERVICE ORDER BEFORE YOU HAVE READ ALL OF THE PROVISIONS OF THE REFERENCED DOCUMENT(s). Neither party will be bound by this Service Order until it has been signed by an Authorized Representative of such party.

Acceptance by Phoenix NAP, LLC is subject to payment in full to Phoenix NAP, LLC of any Non-Recurring Charges (NRC) and one month's Monthly Recurring Charges (MRC) as set forth in the Service Order and due upon execution of the agreement.

Move, Add, Change, Disconnect (MACD) orders: The term and billing of the services ordered starts on the Commencement Date (indicated on page 2 AFTER order provisioned) and continues for the term specified. Pre-payment may be required prior to provisioning.

**Your signature and initials on Page 2 indicate that you have read the document and its Addendums and Attachments (as applicable) and agree to be bound by the provisions contained within.**

**PhoenixNAP /Provisioning / Commencement Date**

You will receive an email notifying you of the Service Ready Date. The Commencement Date no more than ten (10) calendar days from the Service Ready Date or date Client moves into the facility space and commences using services, whichever date occurs first.

CONFIDENTIAL

DocuSign Envelope ID: E9F3A581-8AA9-41FA-A80D-DE6E30B8BC58   Phoenix NAP Order Form    phoenixNAP

| Clifton Martin | Clifton Martin | Director of Sales Operations | 2/20/2019 |
|---|---|---|---|
| PNAP Authorized Signature | Printed | Title | Date |

| Anthony Uckun | Anthony Uckun | CTO | 2/20/2019 |
|---|---|---|---|
| Client Authorized Signature | Printed | Title | Date |

| 117 Peter Street Unit 312 | Toronto | | M5V0M3 |
|---|---|---|---|
| Client Physical Address | City | State | ZIP |

PhoenixNAP Internal Use – SE/QC:   BdM

Client Authorized Signer Initial Here:   AU

DocuSign Envelope ID: E9F3A581-8AA9-41FA-A80D-DE6E3088BC58

**Phoenix NAP Order Form**



| Company Name: | Cosmic Games ULC | | Order Tracking No. | ORD-03148-B1P8T1 |
|---|---|---|---|---|
| Bandwidth Overage (if applicable): | $0.10/GB | | Power Configuration (if applicable): | |
| Datacenter Location: | Ashburn 21635 Red Rum Dr, Suite 100, Ashburn, VA 20147 | | | |

Contract Issue Date: __2/14/2019__          Contract From Expires if Not Signed By: __2/28/2019__

Contract Type: __Change__          (Client Requested) Service Ready Date: __2/28/2019__

Contract Term (Months): __11__          Contract Co-termination Date: ____

Pre-Payment Amount Due Prior to Release of Services: ____

---

**CONTRACT NOTES**

PhoenixNAP makes every effort to comply with Technical and Order Detail requests listed in the notes below. PhoenixNAP expressly denies any liability for errors or omissions that may occur.

Service ID#'s 154038,143137,141934,76425 have now changed. Their processor, configuration, and price all remain the same as they were on (02014 - X0R8V8). They were on Client ID#18880 and now have moved to Client ID#24529. As they have moved accounts they have now become Service ID#'s 168366,168367,168378,168382. For the next 11 months they will reside with their new Service ID#'s on their new account.

168366
Intel Quad Core Xeon E3-1275 v5 (4x3.6GHz) 2-Bay Chassis,
64 GB ECC DDR4,
No RAID,
240 GB SSD,
1 TB Enterprise Grade SATA III,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$206.55
11 Month Contract | Monthly Recurring Price- $170.00

Contract Start Date: 14 /February/2019
Contract End Date: 01/January/2020

Service ID: 168367, 168378

©2018 All Rights Reserved PhoenixNAP          CONFIDENTIAL          1

DocuSign Envelope ID: E9F3A581-8AA9-41FA-A80D-DE6E30B8BC58

**Phoenix NAP Order Form**



Intel Quad Core Xeon E3-1275 v5 (4×3.8GHz) 2-Bay Chassis,
(Built as V6's as the V6 service plan was available at the time)
48 GB ECC DDR4,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA III,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$189.55/ Each
11 Month Contract | Monthly Recurring Price- $115.00/ Each

Contract Start Date: 14 /February/2019
Contract End Date: 01 /January/2020

Service ID: 168382
Service ID: 76425
Intel Xeon E3-1270v3 (4x 3.5GHz) 2-Bay Chassis,
32 GB ECC DDR3,
No RAID,
120 GB SSD,
1 TB Enterprise Grade SATA III,
1 Gbps Uplink,
30 TB Transfer,
/29 VLAN Allocation (Included),
CentOS 64 Bit Latest Stable,
Location: Ashburn,

Standard Monthly Price-$138.55
11 Month Contract | Monthly Recurring Price- $55.00

Contract Start Date: 14 /February/2019
Contract End Date: 01 /January/2020

This contract is for existing services currently being provided through PhoenixNap, with the purpose of this new contract to lock in pricing at a discounted rate for the next 11 months.

Client ID: 24529

DocuSign Envelope ID: E9F3A581-8AA9-41FA-A80D-DE6E30B8BC58

**Phoenix NAP Order Form**



**Important Notes:**
-Client will not have physical access to devices as part of this new contract
-At the end of the 11 months, client will revert back to current standard pricing for the devices specified in this order.
-This contract is a LEASE ONLY contract for 11 month duration.

The Term of this Lease Agreement, shall commence on the Installation Date specified on the SOF ("Commencement date"), and shall continue through the specified number of months (the "Initial Period") provided. A notice of termination shall be effective only on the last day of the Initial Period. A notice of termination is applicable and inclusive of to all items contained in the respective SOF. Any services cancelled during the term will result in the waiver of all discounted pricing. At the time of cancellation, Client hereby agrees to pay the difference between the discounted price and standard price for all services through the then cancelled term.

| Total Monthly Lease Price: | $0.00 |
|---|---|

DocuSign
SECURED

## Certificate Of Completion

Envelope Id: E9F3A5818AA941FAA80DDE6E30B8BC58
Subject: Cosmic Games ULC: PhoenixNAP Service Order Form
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 5 | Signatures: 2 | |
| Certificate Pages: 5 | Initials: 2 | |
| AutoNav: Enabled | | |
| EnvelopeId Stamping: Enabled | | |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

Status: Completed

Envelope Originator:
Shane Eaglin
2353 E. University Dr.
Tempe, AZ  85281
shanee@phoenixnap.com
IP Address: 162.248.186.11

### Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Shane Eaglin | Location: DocuSign |
| 2/14/2019 7:35:50 AM | shanee@phoenixnap.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Shane Eaglin<br>shanee@phoenixnap.com<br>Bare Metal Sales Executive<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | Completed<br><br>Using IP Address: 64.38.194.30 | Sent: 2/14/2019 7:36:57 AM<br>Viewed: 2/14/2019 7:38:30 AM<br>Signed: 2/14/2019 7:38:33 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |
| Brett A. Morong<br>onlinesalescontractreview@phoenixnap.com<br>Security Level: Email, Account Authentication (None) | *BAM*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.30 | Sent: 2/14/2019 7:38:34 AM<br>Viewed: 2/14/2019 9:22:16 AM<br>Signed: 2/14/2019 9:22:55 AM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 2/14/2019 9:22:05 AM<br>   ID: f22987cb-f764-4613-8bd6-68f7ac241012 | | |
| Anthony Uckun<br>admin@cosmic.games<br>CTO<br>Security Level: Email, Account Authentication (None) | *Anthony Uckun*<br>50C5530F9D00440<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 70.97.199.131 | Sent: 2/14/2019 9:22:57 AM<br>Resent: 2/20/2019 6:28:46 AM<br>Viewed: 2/20/2019 8:05:51 AM<br>Signed: 2/20/2019 8:07:15 AM |
| Electronic Record and Signature Disclosure:<br>   Accepted: 12/28/2018 11:54:38 AM<br>   ID: 97c94926-8925-44e2-a97f-bb70e5e76324 | | |
| Clifton Martin<br>cmartin@phoenixnap.com<br>Director of Sales Operations<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None) | *Clifton Martin*<br>C6D54C6A9-5654CE<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.38.194.30 | Sent: 2/20/2019 8:07:17 AM<br>Viewed: 2/20/2019 8:08:08 AM<br>Signed: 2/20/2019 8:08:15 AM |
| Electronic Record and Signature Disclosure:<br>   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Michelle Ramey<br>micheller@phoenixnap.com<br>Sales Coordinator<br>Phoenix NAP, LLC<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 2/20/2019 8:08:17 AM |
| Accounting<br>accounting@phoenixnap.com<br>Security Level: Email, Account Authentication (None), Access Code<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | COPIED | Sent: 2/20/2019 8:08:17 AM<br>Viewed: 2/22/2019 3:55:28 AM |

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/20/2019 8:08:17 AM |
| Certified Delivered | Security Checked | 2/20/2019 8:08:17 AM |
| Signing Complete | Security Checked | 2/20/2019 8:08:17 AM |
| Completed | Security Checked | 2/20/2019 8:08:17 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 10/26/2016 9:18:51 AM
Parties agreed to: Brett A. Morong, Anthony Uckun

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Phoenix NAP, LLC (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Phoenix NAP, LLC:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: dejant@phoenixnap.com

**To advise Phoenix NAP, LLC of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at dejant@phoenixnap.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Phoenix NAP, LLC**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Phoenix NAP, LLC**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to dejant@phoenixnap.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Phoenix NAP, LLC as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Phoenix NAP, LLC during the course of my relationship with you.